# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMARK JOSE LÓPEZ BELLO,<br><br>    Plaintiff,<br><br>v.<br><br>BRADLEY T. SMITH, in his official capacity as Acting Director, Office of Foreign Assets Control, *et al.*,<br><br>    Defendants. | Civil Action No. 1:21-cv-01727 (RBW) |

## DEFENDANTS' MOTION TO DISMISS
## OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendants the Office of Foreign Assets Control and Bradley T. Smith, in his official capacity as Acting Director, Office of Foreign Assets Control, by and through undersigned counsel, hereby move for dismissal pursuant to Rule 12 of the Federal Rules of Civil Procedure or, in the alternative, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this motion, Defendants submit the accompanying Memorandum and proposed Order.

Dated September 13, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102

Tel: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov
Cal. Bar No. 267183

*Counsel for Defendants*