# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMARK JOSE LÓPEZ BELLO,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY T. SMITH, in his official capacity as Acting Director, Office of Foreign Assets Control, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-01727 (RBW) |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion to dismiss or, in the alternative, for summary judgment, it is hereby ORDERED that the motion is GRANTED; and it is further

ORDERED that this action is DISMISSED.

**SO ORDERED**


Dated: _____            _____
                                        REGGIE B. WALTON
                                        United States District Judge