UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMARK JOSE LOPEZ BELLO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 21-1727 (RBW) |
| ) | |
| BRADLEY T. SMITH, in his official ) | |
| capacity as Acting Director of the ) | |
| Office of Foreign Assets Control, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

Upon consideration of the parties' Joint Motion for Scheduling Order, and for good cause shown, it is hereby

**ORDERED** that the parties' Joint Motion for Scheduling Order, ECF No. 7, is **GRANTED**. It is further

**ORDERED** that the plaintiff's Amended Complaint for Declaratory and Injunctive Relief, ECF No. 8, is **ACCEPTED AS FILED**. It is further

**ORDERED** that the Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, ECF No. 6, is **DENIED WITHOUT PREJUDICE AS MOOT**. It is further

**ORDERED** that, on or before November 3, 2021, the defendants shall file their motion to dismiss, or in the alternative, for summary judgment. It is further

**ORDERED** that, on or before December 3, 2021, the plaintiff shall file his combined opposition to the defendants' motion to dismiss, or in the alternative, for summary judgment, and his cross-motion for summary judgment. It is further

**ORDERED** that, on or before January 7, 2022, the defendants shall file their combined opposition to the plaintiff's cross-motion for summary judgment, and their reply in further support of their motion to dismiss, or in the alternative, for summary judgment.  It is further

**ORDERED** that, on or before February 6, 2022, the plaintiff shall file his reply in further support of his cross-motion for summary judgment.  It is further

**ORDERED** that the parties shall appear before the Court for a status conference on May 6, 2022, at 2:00 p.m., via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).  This status conference will serve as a target date for the resolution of the parties' motions.  In the event that the Court is unable to resolve the motions by this date, the parties will be advised in advance that the status conference will be continued to a later date.

**SO ORDERED** this 8th day of October, 2021.

REGGIE B. WALTON  
United States District Judge