IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMARK JOSE LÓPEZ BELLO,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA M. GACKI, in her official capacity as Director, Office of Foreign Assets Control, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-01727 (RBW) |

## NOTICE OF CLASSIFIED AND PRIVILEGED LODGING

Defendants Office of Foreign Assets Control ("OFAC") and Andrea M. Gacki, in her official capacity as Director of OFAC,[1] through undersigned counsel, hereby provide notice that the Government is lodging for submission classified and privileged information today, February 22, 2022, in support of their motion to dismiss or, in the alternative, for summary judgment, ECF No. 10, and in support of their opposition to Plaintiff's cross-motion for summary judgment, ECF No. 14.  This *ex parte*, *in camera* submission includes classified portions of the administrative record in this matter.  *See Fares v. Smith*, 901 F.3d 315, 319 (D.C. Cir. 2018) (citing 21 U.S.C. § 1903(i)); *Sulemane v. Mnuchin*, No. CV 16-1822 (TJK), 2019 WL 77428, at *5 (D.D.C. Jan. 2, 2019); *see also* Executive Order No. 13,526, 75 Fed. Reg. 707 (Dec. 29, 2009) (governing national security information).  It also includes declarations regarding the Government's assertions of the law enforcement privilege.  The submission is being lodged for secure storage and for secure transmission to the Court (upon request) with the U.S. Department

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Director Andrea M. Gacki is automatically substituted for former Acting Director Bradley T. Smith.

of Justice, Litigation Security Group, Washington, D.C., (202) 514-9016. The Court may contact undersigned counsel, or the Litigation Security Group, to assist in securing delivery of this submission for review at the Court's convenience.

| | |
|---|---|
| Dated February 22, 2022 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>DIANE KELLEHER<br>Assistant Branch Director<br><br>*/s/Stuart J. Robinson*<br>STUART J. ROBINSON<br>Senior Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>450 Golden Gate Ave.<br>San Francisco, CA 94102<br>Tel: (415) 436-6635<br>Fax: (415) 436-6632<br>Email: stuart.j.robinson@usdoj.gov<br>Cal. Bar No. 267183<br><br>*Counsel for Defendants* |