**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SAMARK JOSE LÓPEZ BELLO,

Plaintiff,

v.

ANDREA M. GACKI, in her official capacity as Director, Office of Foreign Assets Control, *et al.*,

Defendants.[1]

Civil Action No. 1:21-cv-01727 (RBW)

**JOINT APPENDIX**

In accordance with Local Civil Rule 7(n), the parties respectfully submit the enclosed appendix. The parties have conferred and agreed on the contents of the appendix.

Dated February 22, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/Stuart J. Robinson*

STUART J. ROBINSON
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov
Cal. Bar No. 267183

*Counsel for Defendants*

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Director Andrea M. Gacki is automatically substituted for former Acting Director Bradley T. Smith.

*/s/ Erich C. Ferrari, Esq.*
Erich C. Ferrari, Esq.
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
DC Bar No. 978253

*Counsel for Plaintiff*



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

Case ID FNK-6137

OFFICE OF FOREIGN ASSETS CONTROL

# DESIGNATION AND BLOCKING MEMORANDUM

The Office of Foreign Assets Control, pursuant to the Foreign Narcotics Kingpin Designation Act (Kingpin Act), in consultation with the Attorney General, the Director of the Central Intelligence Agency, the Director of the Federal Bureau of Investigation, the Administrator of the Drug Enforcement Administration, the Secretary of Defense, the Secretary of State, and the Secretary of Homeland Security, finds that there is reason to believe that the two individuals, 13 entities, and one aircraft identified below and in the attached evidentiary memorandum are persons (a) materially assisting in, or providing financial or technological support for or to, or providing goods or services in support of, the international narcotics trafficking activities of, a person designated pursuant to the Kingpin Act, (b) owned, controlled, or directed by, or acting for or on behalf of, persons designated pursuant to the Kingpin Act, and/or (c) playing a significant role in international narcotics trafficking, and therefore are designated or blocked pursuant to sections 805(b)(2), (3) and/or (4) of the Kingpin Act, 21 U.S.C. § 1904(b)(2), (3) and/or (4).

## Individuals

1. EL AISSAMI MADDAH, Tareck Zaidan (a.k.a. EL AISSAMI, Tareck; a.k.a. EL AISSAMI, Tarek), Venezuela; DOB 12 Nov 1974; POB El Vigia, Merida, Venezuela; citizen Venezuela; Gender Male; Passport C1668015 (Venezuela); Identification Number 12.354.211 (Venezuela); Executive Vice President; Former Governor of Aragua State (individual) [SDNTK].
2. LOPEZ BELLO, Samark Jose (a.k.a. LOPEZ DELGADO, Samark), Caracas, Venezuela; DOB 27 Jul 1974; POB Venezuela; citizen Venezuela; Gender Male; Passport 122560011 (Venezuela); alt. Passport 055439970 (Venezuela); alt. Passport 002494535 (Venezuela); Identification Number 11.208.888 (Venezuela) (individual) [SDNTK] (Linked To: PROFIT CORPORATION, C.A.; Linked To: YAKIMA TRADING CORPORATION; Linked To: GRUPO SAHECT, C.A.; Linked To: ALFA ONE, C.A.; Linked To: SMT TECNOLOGIA, C.A.; Linked To: SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A.; Linked To: MFAA HOLDINGS LIMITED; Linked To: 1425 BRICKELL AVE 63-F LLC; Linked To: 1425 BRICKELL AVENUE UNIT 46B, LLC; Linked To: 1425 BRICKELL AVENUE 64E LLC; Linked To: AGUSTA GRAND I LLC; Linked To: 200G PSA HOLDINGS LLC).

Entities

1. 1425 BRICKELL AVE 63-F LLC, 1425 Brickell Ave 63-F, Miami, FL 33131, United States; Tax ID No. 71-1053365 (United States) [SDNTK].
2. 1425 BRICKELL AVENUE 64E LLC, 1425 Brickell Avenue 64E, Miami, FL 33131, United States; Tax ID No. 90-1019707 (United States) [SDNTK].
3. 1425 BRICKELL AVENUE UNIT 46B, LLC, 1425 Brickell Avenue Unit 46B, Miami, FL 33131, United States; Tax ID No. 90-0865341 (United States) [SDNTK].
4. 200G PSA HOLDINGS LLC, 80 SW 8th Street Suite 2000, Miami, FL 33130, United States; Tax ID No. 80-0890696 (United States) [SDNTK].
5. AGUSTA GRAND I LLC, 80 SW 8th Street Suite 2000, Miami, FL 33130, United States; Tax ID No. 36-4802365 (United States) [SDNTK].
6. ALFA ONE, C.A., Av. Principal, Manzana 26, Cto. Empres. Piacoa, piso 1, Ofic. 4, Zona In. Los Pinos, Puerto Ordaz, Estado Bolivar, Venezuela; RIF # J-31482089-3 (Venezuela) [SDNTK].
7. GRUPO SAHECT, C.A., Av. Guaicaipuro, con Calle Urdaneta, Edificio San Marco, piso 9, Ofic. 9-2, Chacao, Caracas, Venezuela; RIF # J-29620174-9 (Venezuela) [SDNTK].
8. MFAA HOLDINGS LIMITED, 281 Waterfront Drive, Road Town, Tortola, Virgin Islands, British; Company Number 1793372 (Virgin Islands, British) [SDNTK].
9. PROFIT CORPORATION, C.A., Av. Venezuela con Calle Mohedano, Torre JWM, piso 4, Oficina 4, El Rosal, Caracas, Venezuela; RIF # J-00317392-4 (Venezuela) [SDNTK].
10. SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A., 1a Transversal, Parcela 304-26-06, Zona Industrial Los Pinos, Puerto Ordaz, Estado Bolivar, Venezuela; RIF # J-31103570-2 (Venezuela) [SDNTK].
11. SMT TECNOLOGIA, C.A., Av. Venezuela, Edificio JWM, piso 7, Ofic. 72 (al lado de Banavih), El Rosal, Caracas, Venezuela; RIF # J-40068226-6 (Venezuela) [SDNTK].
12. YAKIMA OIL TRADING, LLP, 7 Welbeck Street, London W1G 9YE, United Kingdom; Commercial Registry Number OC390985 (United Kingdom) [SDNTK].
13. YAKIMA TRADING CORPORATION, Ph Ocean Business Plaza (Torre Banesco) Plaza Marbella, Piso 24, Oficina 24-08, Calle Aquilino de la Guardia y Calle 47 (Zona Bancaria), Panama; Barbados; RUC # 3196611412868 (Panama) [SDNTK].

Aircraft

1. N200VR, 80 SW 8th Street, Suite 2000, Miami, FL 33130, United States; Aircraft Model Gulfstream 200; Aircraft Manufacturer's Serial Number (MSN) 133; Aircraft Tail Number N200VR (aircraft) [SDNTK] (Linked To: 200G PSA HOLDINGS LLC).

Accordingly, except to the extent otherwise provided by law or unless licensed or otherwise authorized by the Office of Foreign Assets Control: (1) all real, personal, and any other property and interests in property owned or controlled by any individual or entity named above that are or hereafter come within the United States or that are or hereafter come within the possession or control of any U.S. person are blocked and may not be transferred, paid, exported, withdrawn, or otherwise dealt in; and (2) any transaction or dealing by a U.S. person, or within the United States, in property or interests in property of any individual or entity named above is prohibited. Except as authorized by the Office of Foreign Assets Control, any transaction or dealing by a United States person, or within the United States, that evades or avoids, or has the effect of evading or avoiding, and any endeavor, attempt, or conspiracy to violate any of the prohibitions contained in the Kingpin Act or the Foreign Narcotics Kingpin Sanctions Regulations, 31 C.F.R. Part 598, is prohibited.

Because of the ability to transfer funds or assets instantaneously, prior notice to persons and entities named as significant foreign narcotics traffickers or designated pursuant to the Kingpin Act who might have a constitutional presence in the United States would render ineffectual the blocking and other measures authorized in the Kingpin Act. Therefore, in making this determination pursuant to the Kingpin Act, I also find that no prior notice should be afforded to any individual or entity named above because to do so would provide an opportunity to evade the measures authorized in the Kingpin Act and, consequently, would render those measures ineffectual toward addressing the national emergency recognized by the Kingpin Act.

February 13, 2017
Date

Andrea M. Gacki
Acting Director
Office of Foreign Assets Control







B, from SH 288 to IH 45 South, in Brazoria and Galveston Counties. The project will be a four-lane, controlled-access tollway facility, consisting of two lanes in each direction within a 400-foot-wide right-of-way (ROW) and auxiliary lanes between on-ramps and off-ramps where appropriate. The actions by TxDOT and the Federal agencies, and the laws under which such actions were taken, are described in the Final Environmental Impact Statement (FEIS) issued on April 28, 2016 and Record of Decision (ROD) issued on November 30, 2016, and in other documents in the TxDOT project file. The FEIS, ROD, and other documents in the TxDOT project file are available by contacting TxDOT at the addresses provided above. The TxDOT FEIS and ROD can be viewed and downloaded from the project Web site at *http://www.grandpky.com/Segment-B-Documents* or by visiting the TxDOT Houston District Office at 7600 Washington Avenue, Houston, TX 77007.

This notice applies to all Federal agency decisions as of the issuance date of this notice and all laws under which such actions were taken, including but not limited to:

1. General: National Environmental Policy Act (NEPA) [42 U.S.C. 4321–4351]; Federal-Aid Highway Act [23 U.S.C. 109].
2. Air: Clean Air Act, 42 U.S.C. 7401–7671(q).
3. Land: Section 4(f) of the Department of Transportation Act of 1966 [49 U.S.C. 303]; Landscaping and Scenic Enhancement (Wildflowers), 23 U.S.C. 319.
4. Wildlife: Endangered Species Act [16 U.S.C. 1531–1544 and Section 1536], Marine Mammal Protection Act [16 U.S.C. 1361], Fish and Wildlife Coordination Act [16 U.S.C. 661–667(d)], Migratory Bird Treaty Act [16 U.S.C. 703–712].
5. Historic and Cultural Resources: Section 106 of the National Historic Preservation Act of 1966, as amended [16 U.S.C. 470(f) *et seq.*]; Archeological Resources Protection Act of 1977 [16 U.S.C. 470(aa)-11]; Archeological and Historic Preservation Act [16 U.S.C. 469–469(c)]; Native American Grave Protection and Repatriation Act (NAGPRA) [25 U.S.C. 3001–3013].
6. Social and Economic: Civil Rights Act of 1964 [42 U.S.C. 2000(d)-2000(d)(1)]; American Indian Religious Freedom Act [42 U.S.C. 1996]; Farmland Protection Policy Act (FPPA) [7 U.S.C. 4201–4209].
7. Wetlands and Water Resources: Clean Water Act, 33 U.S.C. 1251–1377 (Section 404, Section 401, Section 319); Land and Water Conservation Fund (LWCF), 16 U.S.C. 4601–4604; Safe Drinking Water Act (SDWA), 42 U.S.C. 300(f)-300(j)(6); Rivers and Harbors Act of 1899, 33 U.S.C. 401–406; Wild and Scenic Rivers Act, 16 U.S.C. 1271–1287; Emergency Wetlands Resources Act, 16 U.S.C. 3921, 3931; TEA–21 Wetlands Mitigation, 23 U.S.C. 103(b)(6)(m), 133(b)(11); Flood Disaster Protection Act, 42 U.S.C. 4001–4128.
8. Executive Orders: E.O. 11990 Protection of Wetlands; E.O. 11988 Floodplain Management; E.O. 12898, Federal Actions to Address Environmental Justice in Minority Populations and Low Income Populations; E.O. 11593 Protection and Enhancement of Cultural Resources; E.O. 13007 Indian Sacred Sites; E.O. 13287 Preserve America; E.O. 13175 Consultation and Coordination with Indian Tribal Governments; E.O. 11514 Protection and Enhancement of Environmental Quality; E.O. 13112 Invasive Species. (Catalog of Federal Domestic Assistance Program Number 20.205, Highway Planning and Construction.)

**Authority:** 23 U.S.C. 139(l)(1).

**Michael T. Leary,**

*Director, Planning and Program Development, Federal Highway Administration.*

[FR Doc. 2017–03126 Filed 2–16–17; 8:45 am]

BILLING CODE 4910–22–P

## DEPARTMENT OF THE TREASURY

### Office of Foreign Assets Control

### Sanctions Actions Pursuant to the Foreign Narcotics Kingpin Designation Act

**AGENCY:** Office of Foreign Assets Control, Treasury.

**ACTION:** Notice.

**SUMMARY:** The U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) is publishing the names of persons whose property and interests in property have been blocked pursuant to the Foreign Narcotics Kingpin Designation Act (Kingpin Act), 21 U.S.C. 1901–1908.

**DATES:** OFAC's actions described in this notice were effective on February 13, 2017.

**FOR FURTHER INFORMATION CONTACT:** The Department of the Treasury's Office of Foreign Assets Control: Assistant Director for Licensing, tel.: 202–622–2480, Assistant Director for Regulatory Affairs, tel.: 202–622–4855, Assistant Director for Sanctions Compliance & Evaluation, tel.: 202–622–2490; or the Department of the Treasury's Office of the Chief Counsel (Foreign Assets Control), Office of the General Counsel, tel.: 202–622–2410.

**SUPPLEMENTARY INFORMATION:**

### Electronic Availability

The list of Specially Designated Nationals and Blocked Persons (SDN List) and additional information concerning OFAC sanctions programs are available from OFAC's Web site at *http://www.treasury.gov/ofac.*

### Notice of OFAC Actions

On February 13, 2017, OFAC blocked the property and interests in property of the following persons pursuant to section 805(b) of the Kingpin Act and placed them on the SDN List.

*Individuals*

1. EL AISSAMI MADDAH, Tareck Zaidan (a.k.a. EL AISSAMI, Tareck; a.k.a. EL AISSAMI, Tarek), Venezuela; DOB 12 Nov 1974; POB El Vigia, Merida, Venezuela; citizen Venezuela; Gender Male; Passport C1668015 (Venezuela); Identification Number 12.354.211 (Venezuela); Executive Vice President; Former Governor of Aragua State (individual) [SDNTK]. Playing a significant role in international narcotics trafficking, and therefore meets the criteria for designation pursuant to section 805(b)(4) of the Kingpin Act, 21 U.S.C. 1904(b)(4).
2. LOPEZ BELLO, Samark Jose (a.k.a. LOPEZ DELGADO, Samark), Caracas, Venezuela; DOB 27 Jul 1974; POB Venezuela; citizen Venezuela; Gender Male; Passport 122560011 (Venezuela); alt. Passport 055439970 (Venezuela); alt. Passport 002494535 (Venezuela); Identification Number 11.208.888 (Venezuela) (individual) [SDNTK] (Linked To: PROFIT CORPORATION, C.A.; Linked To: YAKIMA TRADING CORPORATION; Linked To: GRUPO SAHECT, C.A.; Linked To: ALFA ONE, C.A.; Linked To: SMT TECNOLOGIA, C.A.; Linked To: SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A.; Linked To: MFAA HOLDINGS LIMITED; Linked To: 1425 BRICKELL AVE 63–F LLC; Linked To: 1425 BRICKELL AVENUE UNIT 46B, LLC; Linked To: 1425 BRICKELL AVENUE 64E LLC; Linked To: AGUSTA GRAND I LLC; Linked To: 200G PSA HOLDINGS LLC). Materially assisting in, or providing financial or technological support for or to, or providing goods or services in support of, the international narcotics trafficking activities of, and acting for or on behalf of, Tareck Zaidan EL AISSAMI MADDAH, and therefore meets the criteria for designation pursuant to sections 805(b)(2) and (3) of the Kingpin Act, 21 U.S.C. 1904(b)(2) and (3).

*Entities*

1. 1425 BRICKELL AVE 63–F LLC, 1425 Brickell Ave 63–F, Miami, FL 33131, United States; Tax ID No. 71–1053365 (United States) [SDNTK]. Property within the United States that is owned or controlled by Samark Jose LOPEZ BELLO, and therefore is blocked

pursuant to section 805(b) of the Kingpin Act, 21 U.S.C. 1904(b).

2. 1425 BRICKELL AVENUE 64E LLC, 1425 Brickell Avenue 64E, Miami, FL 33131, United States; Tax ID No. 90–1019707 (United States) [SDNTK]. Property within the United States that is owned or controlled by Samark Jose LOPEZ BELLO and/or MFAA HOLDINGS LIMITED, and therefore is blocked pursuant to section 805(b) of the Kingpin Act, 21 U.S.C. 1904(b).

3. 1425 BRICKELL AVENUE UNIT 46B, LLC, 1425 Brickell Avenue Unit 46B, Miami, FL 33131, United States; Tax ID No. 90–0865341 (United States) [SDNTK]. Property within the United States that is owned or controlled by Samark Jose LOPEZ BELLO, and therefore is blocked pursuant to section 805(b) of the Kingpin Act, 21 U.S.C. 1904(b).

4. 200G PSA HOLDINGS LLC, 80 SW 8th Street Suite 2000, Miami, FL 33130, United States; Tax ID No. 80–0890696 (United States) [SDNTK]. Property within the United States that is owned or controlled by Samark Jose LOPEZ BELLO, and therefore is blocked pursuant to section 805(b) of the Kingpin Act, 21 U.S.C. 1904(b).

5. AGUSTA GRAND I LLC, 80 SW 8th Street Suite 2000, Miami, FL 33130, United States; Tax ID No. 36–4802365 (United States) [SDNTK]. Property within the United States that is owned or controlled by Samark Jose LOPEZ BELLO, and therefore is blocked pursuant to section 805(b) of the Kingpin Act, 21 U.S.C. 1904(b).

6. ALFA ONE, C.A., Av. Principal, Manzana 26, Cto. Empres. Piacoa, piso 1, Ofic. 4, Zona In. Los Pinos, Puerto Ordaz, Estado Bolivar, Venezuela; RIF #J–31482089–3 (Venezuela) [SDNTK]. Owned, controlled, or directed by, or acting for or on behalf of, Samark Jose LOPEZ BELLO, and therefore meets the criteria for designation pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. 1904(b)(3).

7. GRUPO SAHECT, C.A., Av. Guaicaipuro, con Calle Urdaneta, Edificio San Marco, piso 9, Ofic. 9–2, Chacao, Caracas, Venezuela; RIF #J–29620174–9 (Venezuela) [SDNTK]. Owned, controlled, or directed by, or acting for or on behalf of, Samark Jose LOPEZ BELLO, and therefore meets the criteria for designation pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. 1904(b)(3).

8. MFAA HOLDINGS LIMITED, 281 Waterfront Drive, Road Town, Tortola, Virgin Islands, British; Company Number 1793372 (Virgin Islands, British) [SDNTK]. Owned, controlled, or directed by, or acting for or on behalf of, Samark Jose LOPEZ BELLO, and therefore meets the criteria for designation pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. 1904(b)(3).

9. PROFIT CORPORATION, C.A., Av. Venezuela con Calle Mohedano, Torre JWM, piso 4, Oficina 4, El Rosal, Caracas, Venezuela; RIF #J–00317392–4 (Venezuela) [SDNTK]. Owned, controlled, or directed by, or acting for or on behalf of, Samark Jose LOPEZ BELLO, and therefore meets the criteria for designation pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. 1904(b)(3).

10. SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A., 1a Transversal, Parcela 304–26–06, Zona Industrial Los Pinos, Puerto Ordaz, Estado Bolivar, Venezuela; RIF #J–31103570–2 (Venezuela) [SDNTK]. Owned, controlled, or directed by, or acting for or on behalf of, Samark Jose LOPEZ BELLO, and therefore meets the criteria for designation pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. 1904(b)(3).

11. SMT TECNOLOGIA, C.A., Av. Venezuela, Edificio JWM, piso 7, Ofic. 72 (al lado de Banavih), El Rosal, Caracas, Venezuela; RIF #J–40068226–6 (Venezuela) [SDNTK]. Owned, controlled, or directed by, or acting for or on behalf of, Samark Jose LOPEZ BELLO, and therefore meets the criteria for designation pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. 1904(b)(3).

12. YAKIMA OIL TRADING, LLP, 7 Welbeck Street, London W1G 9YE, United Kingdom; Commercial Registry Number OC390985 (United Kingdom) [SDNTK]. Owned, controlled, or directed by, or acting for or on behalf of, YAKIMA TRADING CORPORATION, and therefore meets the criteria for designation pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. 1904(b)(3).

13. YAKIMA TRADING CORPORATION, Ph Ocean Business Plaza (Torre Banesco) Plaza Marbella, Piso 24, Oficina 24–08, Calle Aquilino de la Guardia y Calle 47 (Zona Bancaria), Panama; Barbados; RUC #3196611412868 (Panama) [SDNTK]. Owned, controlled, or directed by, or acting for or on behalf of, Samark Jose LOPEZ BELLO, and therefore meets the criteria for designation pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. 1904(b)(3).

*Aircraft*

1. N200VR, 80 SW 8th Street, Suite 2000, Miami, FL 33130, United States; Aircraft Model Gulfstream 200; Aircraft Manufacturer's Serial Number (MSN) 133; Aircraft Tail Number N200VR (aircraft) [SDNTK] (Linked To: 200G PSA HOLDINGS LLC). Owned or controlled by 200G PSA HOLDINGS LLC, and therefore is blocked pursuant to section 805(b) of the Kingpin Act, 21 U.S.C. 1904(b).

Dated: February 13, 2017.

**Andrea M. Gacki,**

*Acting Director, Office of Foreign Assets Control.*

[FR Doc. 2017–03209 Filed 2–16–17; 8:45 am]

BILLING CODE 4810–AL–P

## DEPARTMENT OF VETERANS AFFAIRS

### Solicitation of Nominations for Appointment to the Advisory Committee on Disability Compensation

**ACTION:** Notice.

**SUMMARY:** The Department of Veterans Affairs (VA), Veterans Benefits Administration (VBA), is seeking nominations of qualified candidates to be considered for appointment as a member of the Advisory Committee on Disability Compensation (''the Committee''). In accordance with 38 U.S.C. 546, the Committee advises the Secretary on the maintenance and periodic readjustment of the VA Schedule for Rating Disabilities. In providing advice to the Secretary, the Committee assembles and reviews relevant information relating to the needs of Veterans with disabilities; provides information relating to the nature and character of the disabilities arising from service in the Armed Forces; provides an ongoing assessment of the effectiveness of VA's Schedule for Rating Disabilities; and provides ongoing advice on the most appropriate means of responding to the needs of Veterans relating to disability compensation in the future. In carrying out its duties, the Committee takes into special account the needs of Veterans who have served in a theater of combat operations. Nominations of qualified candidates are being sought to fill upcoming vacancies on the Committee.

**Authority:** The Committee is authorized by 38 U.S.C. 546 and operates under the provisions of the Federal Advisory Committee Act, as amended, 5 U.S.C. App. 2.

**DATES:** Nominations for membership on the Committee must be received no later than 5:00 p.m. EST on March 31, 2017. Packages received after this time will not be considered for the current membership cycle. All nomination packages should be sent to the Advisory Committee Management Office by email (recommended) or mail. Please see contact information below.

Advisory Committee Management Office (00AC), Department of Veterans Affairs, 810 Vermont Avenue NW., Washington, DC 20420, *VA.Advisory.Cmte@va.gov*.

**SUPPLEMENTARY INFORMATION:** The Committee was established pursuant to 38 U.S.C. 546. The Committee responsibilities include:

(1) Advising the Secretary and Congress on the maintenance and periodic readjustment of the VA Schedule for Rating Disabilities.

(2) Providing a biennial report to congress assessing the needs of Veterans with respect to disability compensation and outlining recommendations, concerns and observations on the maintenance and periodic readjustment of the VA Schedule for Rating Disabilities.

(3) Meeting with VA officials, Veteran Service Organizations, and other stakeholders to assess the Department's efforts on the maintenance and periodic

U.S. DEPARTMENT OF THE TREASURY

**Press Center**

# Treasury Sanctions Prominent Venezuelan Drug Trafficker Tareck El Aissami and His Primary Frontman Samark Lopez Bello

2/13/2017

***Action Targets International Network of 13 Companies That Facilitate Illicit Money Movements and Offshore Asset Holdings***

**WASHINGTON**—Today, the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) designated Venezuelan national Tareck Zaidan El Aissami Maddah (El Aissami) as a Specially Designated Narcotics Trafficker pursuant to the Foreign Narcotics Kingpin Designation Act (Kingpin Act) for playing a significant role in international narcotics trafficking. El Aissami is the Executive Vice President of Venezuela. El Aissami's primary frontman, Venezuelan national Samark Jose Lopez Bello (Lopez Bello), was also designated for providing material assistance, financial support, or goods or services in support of the international narcotics trafficking activities of, and acting for or on behalf of, El Aissami. OFAC further designated or identified as blocked property 13 companies owned or controlled by Lopez Bello or other designated parties that comprise an international network spanning the British Virgin Islands, Panama, the United Kingdom, the United States, and Venezuela.

As a result of today's action, U.S. persons are generally prohibited from engaging in transactions or otherwise dealing with these individuals and entities, and any assets the individuals and entities may have under U.S. jurisdiction are frozen.

"OFAC's action today is the culmination of a multi-year investigation under the Kingpin Act to target significant narcotics traffickers in Venezuela and demonstrates that power and influence do not protect those who engage in these illicit activities," said John E. Smith, Acting Director of OFAC. "This case highlights our continued focus on narcotics traffickers and those who help launder their illicit proceeds through the United States. Denying a safe haven for illicit assets in the United States and protecting the U.S. financial system from abuse remain top priorities of the Treasury Department."
El Aissami was appointed Executive Vice President of Venezuela in January 2017. He previously served as Governor of Venezuela's Aragua state from 2012 to 2017, as well as Venezuela's Minister of Interior and Justice starting in 2008. He facilitated shipments of narcotics from Venezuela, to include control over planes that leave from a Venezuelan air base, as well as control of drug routes through the ports in Venezuela. In his previous positions, he oversaw or partially owned narcotics shipments of over 1,000 kilograms from Venezuela on multiple occasions, including those with the final destinations of Mexico and the United States.

He also facilitated, coordinated, and protected other narcotics traffickers operating in Venezuela. Specifically, El Aissami received payment for the facilitation of drug shipments belonging to Venezuelan drug kingpin Walid Makled Garcia. El Aissami also is linked to coordinating drug shipments to Los Zetas, a violent Mexican drug cartel, as well as providing protection to Colombian drug lord Daniel Barrera Barrera and Venezuelan drug trafficker Hermagoras Gonzalez Polanco. Los Zetas, Daniel Barrera Barrera, and Hermagoras Gonzalez Polanco were previously named as Specially Designated Narcotics Traffickers by the President or the Secretary of the Treasury under the Kingpin Act in April 2009, March 2010, and May 2008, respectively.

Lopez Bello is a key frontman for El Aissami and in that capacity launders drug proceeds. Lopez Bello is used by El Aissami to purchase certain assets. He also handles business arrangements and financial matters for El Aissami, generating significant profits as a result of illegal activity benefiting El Aissami.

Lopez Bello oversees an international network of petroleum, distribution, engineering, telecommunications, and asset holding companies: Alfa One, C.A. (Venezuela), Grupo Sahect, C.A. (Venezuela), MFAA Holdings Limited (British Virgin Islands), Profit Corporation, C.A. (Venezuela), Servicios Tecnologicios Industriales, C.A. (Venezuela), SMT Tecnologia, C.A. (Venezuela), and Yakima Trading Corporation (Panama). Another entity, Yakima Oil Trading, LLP (United Kingdom), is owned, controlled, or directed by, or acting for or on behalf of, Yakima Trading Corporation (Panama). Profit Corporation, C.A. and SMT Tecnologia, C.A. have Venezuelan government contracts. Between 2009 and 2010, Grupo Sahect C.A. provided storage and transportation services for the Venezuelan government agency Productora y Distribuidora de Alimentos, S.A. (PDVAL).

Five U.S. companies owned or controlled by Lopez Bello and/or MFAA Holdings Limited have also been blocked as part of today's action. These entities are the following limited liability companies registered in Florida: 1425 Brickell Ave 63-F LLC; 1425 Brickell Avenue Unit 46B, LLC; 1425 Brickell Avenue 64E, LLC; Agusta Grand I LLC; and 200G PSA Holdings LLC. Additionally, a U.S.-registered aircraft with the tail number N200VR has been identified as blocked property owned or controlled by 200G PSA Holdings LLC.

As a result of today's action, significant real property and other assets in the Miami, Florida area tied to Lopez Bello have been blocked.

Since June 2000, more than 2,000 entities and individuals have been named pursuant to the Kingpin Act for their role in international narcotics trafficking. Penalties for violations of the Kingpin Act range from civil penalties of up to $1,437,153 per violation to more severe criminal penalties. Criminal penalties for corporate officers may include up to 30 years in prison and fines of up to $5 million. Criminal fines for corporations may reach $10 million. Other individuals could face up to 10 years in prison and fines pursuant to Title 18 of the United States Code for criminal violations of the Kingpin Act.

To see a chart relating to today's announcement, click *here* .
To see the identifying information relating to today's announcements, click *here*.
For a complete listing of designations pursuant to the Kingpin Act, click *here* .

#####

# EL AISSAMI & LOPEZ BELLO Network
**February 2017**

**U.S. Department of the Treasury**
**Office of Foreign Assets Control**
**Foreign Narcotics Kingpin Designation Act**



**Tareck Zaidan EL AISSAMI MADDAH**
a.k.a. Tarek EL AISSAMI
DOB 12 Nov 1974
POB El Vigia, Merida, Venezuela
Citizen Venezuela
Identification Number 12.354.211 (Venezuela)






**Samark Jose LOPEZ BELLO**
a.k.a. Samark LOPEZ DELGADO
DOB 27 Jul 1974
POB Venezuela
Citizen Venezuela
Identification Number 11.208.888 (Venezuela)

## Designated foreign entities linked to LOPEZ BELLO




**YAKIMA TRADING CORPORATION**
Panama
RUC # 3196611412868

Owned or controlled by




**YAKIMA OIL TRADING, LLP**
London, United Kingdom
Commercial Registry Number OC390985




**PROFIT CORPORATION, C.A.**
Caracas, Venezuela
RIF # J-00317392-4




**GRUPO SAHECT, C.A.**
Caracas, Venezuela
RIF # J-29620174-9




**SMT TECNOLOGIA, C.A.**
Caracas, Venezuela
RIF # J-40068226-6



**MFAA HOLDINGS LIMITED**
Tortola, British Virgin Islands
Company Number 1793372



**SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A.**
Puerto Ordaz, Venezuela
RIF # J-31103570-2



**ALFA ONE, C.A.**
Puerto Ordaz, Venezuela
RIF # J-31482089-3

## Blocked U.S. entities linked to LOPEZ BELLO



**AGUSTA GRAND I LLC**
Miami, FL
Tax ID No. 36-4802365



**1425 BRICKELL AVE 63-F LLC**
Miami, FL
Tax ID No. 71-1053365



**1425 BRICKELL AVENUE 64E LLC**
Miami, FL
Tax ID No. 90-1019707

**1425 BRICKELL AVENUE UNIT 46B, LLC**
Miami, FL
Tax ID No. 90-0865341



**200G PSA HOLDINGS LLC**
Miami, FL
Tax ID No. 80-0890696

Owned or controlled by

## Blocked aircraft



**N200VR**
Registered in Miami, FL
Gulfstream 200
Manufacturer's Serial Number 133



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

Case ID FNK-10281

MAY 22 2017

Richard Newcomb
DLA Piper LLP
500 Eighth Street, NW
Washington, DC 20004

Re: Samark Jose Lopez Bello

Dear Mr. Newcomb:

This is a follow-up response to your letters dated March 9 and May 3, 2017 to the Office of Foreign Assets Control (OFAC), requesting the full administrative record of your client's designation and blocking pursuant to Section 805 of the Foreign Narcotics Kingpin Designation Act, 21 U.S.C. § 1904(b).

Enclosed, please find bates stamped pages FNK-6137 0001-0333, which is the second redacted administrative record, the designation or blocking of your client, 13 entities, and the aircraft. Also included is the relevant press release, press chart, and blocking notices of related properties that were filed with the Florida Clerk of Courts. On April 12, 2017, you were provided with the first administrative record regarding the property on Leucadendra Drive that was blocked on February 13, 2017. The redacted portions of the second administrative record contain law enforcement sensitive or otherwise privileged, or non-releasable information.

OFAC does not disclose law enforcement sensitive information, if such information:

- could reasonably be expected to disclose the identity of a confidential source, including state, local or foreign agency or authority, or any private institution which furnished information on a confidential basis;
- would disclose techniques and procedures for law enforcement investigations or procedures or would disclose guidelines for law enforcement investigations if such disclosures could reasonably be expected to risk circumvention of the law; or
- could reasonably be expected to endanger the life or physical safety of any individual.

Further, OFAC does not disclose classified or personally identifying information, as well as any information protected from disclosure by statute or other common law privilege.

Should additional non-privileged or otherwise releasable information, including unclassified summaries of classified or law enforcement information, become available regarding either of the two administrative records, it will be provided to you.

Please refer to case ID FNK-10281 in all correspondence. For the most expedient response, please direct all questions and correspondence to OFAC via the following email: OFAC.Reconsideration@treasury.gov. You may also write, call, or fax OFAC at the following:

U.S. Department of the Treasury
Office of Foreign Assets Control
ATTN: Office of Global Targeting
1500 Pennsylvania Avenue, N.W. (Freedman's Bank Building)
Washington, DC 20220

Telephone: 202-622-2420
Fax: 202-622-5390

Thank you for your cooperation.

Sincerely,

Mark Samara
Assistant Director
Crime/Narcotics & Western Hemisphere Division
Office of Foreign Assets Control

Enclosure



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

(U) Case ID FNK-6137

(U) OFFICE OF FOREIGN ASSETS CONTROL

(U) **EVIDENTIARY MEMORANDUM**

Dated 2/10/2017

(U) MEMORANDUM FOR: ANDREA M. GACKI
ACTING DEPUTY DIRECTOR
OFFICE OF FOREIGN ASSETS CONTROL

(U) THROUGH: GREGORY T. GATJANIS
ASSOCIATE DIRECTOR
OFFICE OF GLOBAL TARGETING
Dated 2/3/2017

MARK SAMARA
ASSISTANT DIRECTOR
CRIME/NARCOTICS & WESTERN HEMISPHERE DIVISION
Dated 2/3/2017

SECTION CHIEF
SOUTH AMERICA/INTERNATIONAL SECTION
Dated 2/3/2017

(U) FROM:
Sanctions Investigator
South America/International Section
Dated 2/3/2017

(U) SUBJECT: Proposed designation of two individuals and eight entities as Specially Designated Narcotics Traffickers, and the blocking of five U.S. entities and an aircraft, pursuant to the Foreign Narcotics Kingpin Designation Act

## I. (U) Summary

(U) The information presented in this memorandum and the related exhibits provide reason to believe that each of the individuals and foreign entities identified below is a "foreign person" who is:

- (U) materially assisting in, or providing financial or technological support for or to, or providing goods or services in support of, the international narcotics trafficking activities of an individual proposed for designation in this memorandum; and/or

- (U) owned, controlled, or directed by, or acting for or on behalf of, an individual proposed for designation in this memorandum; and/or
- (U) playing a significant role in international narcotics trafficking; and

(U) therefore meets the statutory criteria for designation as a Specially Designated Narcotics Trafficker (SDNT) pursuant to sections 805(b)(2), (3), and/or (4) of the Foreign Narcotics Kingpin Designation Act (Kingpin Act), 21 United States Code sections 1904(b)(2), (3), and/or (4).

(U) Additionally, the evidence presented in this memorandum and the accompanying exhibits provide reason to believe that each of the U.S. entities and aircraft identified below is:

- (U) property within the United States that is owned or controlled by an individual and/or entity proposed for designation in this memorandum, and

(U) therefore will be blocked pursuant to section 805(b) of the Kingpin Act, 21 United States Code section 1904(b).[1]

(U) Following appropriate interagency consultation, the names of these foreign persons, U.S. entities and aircraft will be posted on the website of the Office of Foreign Assets Control (OFAC) under the list of Specially Designated Nationals and Blocked Persons (SDN List) and published in the *Federal Register*.

(U) Listings:

(U) Individuals:

Non-Responsive

1. (U) [2]
2. (U) **LOPEZ BELLO, Samark Jose**

(U) Foreign Entities:

1. (U) **PROFIT CORPORATIÓN, C.A.**
2. (U) **YAKIMA TRADING CORPORATION**
3. (U) **GRUPO SAHECT, C.A.**
4. (U) **ALFA ONE, C.A.**
5. (U) **SMT TECNOLOGIA, C.A.**
6. (U) **SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A.**
7. (U) **MFAA HOLDINGS LIMITED**
8. (U) **YAKIMA OIL TRADING, LLP**

[1] (U) [Exhibit 1, pp. 4-5]

[2] (U) Names of individuals and entities that are bolded in capital letters denote foreign persons proposed for designation or U.S. entities proposed for blocking in this memorandum.



(U) U.S. Entities:

1. (U) **1425 BRICKELL AVE 63-F LLC**
2. (U) **1425 BRICKELL AVENUE UNIT 46B, LLC**
3. (U) **1425 BRICKELL AVENUE 64E LLC**
4. (U) **AGUSTA GRAND I LLC**
5. (U) **200G PSA HOLDINGS LLC**

(U) Aircraft:

1. (U) **N200VR**[3]

(U) The information supporting these designations and blockings includes:

(U//~~LES~~) 1.



- (U//~~LES~~)
- (U//~~LES~~)

(U) 2. Dun & Bradstreet commercial reports, Venezuelan corporate records, Panamanian corporate records, and open source business reporting. Dun & Bradstreet reports include company names and acronyms, predecessor company names, addresses, Venezuelan tax

[3] (U) This is the tail number for a U.S.-registered Gulfstream 200 private aircraft. The aircraft tail number will be listed as the primary name for this aircraft on the SDN List.

information registration numbers (*Registro de Identificación Fiscal* – RIF)[4], Panamanian tax identification numbers (*Número de Registro Unico de Contribuyentes* – RUC), company officers' and directors' names, commercial references, banking references, financial information, and other pertinent information. The information used in these reports is collected from various sources. Dun & Bradstreet contacts the companies and requests information from them directly, in addition to consulting other sources such as published articles, antecedent information obtained from their own files, independent sources, and public information, including mercantile registry data obtained from company filings with the local chamber of commerce or public registry. Dun & Bradstreet reports, as well as other sources, often identify the key officers of companies. Also included in this evidentiary memorandum are corporate records from the Venezuelan Central Commission of Planning (*Comisión Central de Planificación*), which is accessible from the Venezuelan government's website; the Panamanian Corporate Registry, which is accessible from the Panamanian Corporate Registry's website; and other open source business reports.

(U//LES) 3.



(U//LES) 4. Thomson Reuters CLEAR Reports. The CLEAR database, maintained by Thomson Reuters, includes proprietary and public records and is searchable using personal identifying information. CLEAR assists law enforcement and self-regulatory authorities to locate people, assets, businesses, and affiliations, and make connections among individuals, incidents, activities, and locations. Thomson Reuters is not a consumer reporting agency and this service does not constitute a "consumer report," as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C.A. section 1681. The data provided on the CLEAR report may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA. A Thomson Reuters CLEAR report is used in this memorandum to provide evidence of an individual's business affiliations.

(U) 5. Federal Aviation Administration: The U.S. Department of Transportation's Federal Aviation Administration (FAA) is a national authority with powers to regulate all aspects of civil aviation. The FAA maintains a public registry of aircraft registered to owners in the United States. The Aircraft Registry collects the information necessary to establish and maintain the record for all U.S. civil aircraft. The aircraft record consists of three distinct elements: information about the registered owner of the aircraft, information about recorded aircraft security interests, and information concerning the airworthiness of the aircraft. In addition to the

[4] (U) Translations of words or short phrases are made by , with the assistance of Google Translate, a reliable Internet translation service. Longer translations are included as attachments to the relevant exhibits and include a description of the translator's experience.

aircraft record, the Registry maintains certain ancillary files that contain related information maintained in support of registration/recordation.



- (U//LES)

6.

(U) 7. Miscellaneous information. This memorandum also uses information gathered from various Internet sources, including foreign government websites and press articles.

## II. (U) Background

(U) According to a December 18, 2015 *InSight Crime*[5] report, "*Cartel de los Soles*"[6] is a term used to describe "shadowy groups" inside Venezuela's military that traffic cocaine. There are cells within the main branches of the military that essentially function as drug trafficking organizations; however, the group does not function in the traditional sense as a cartel. The elements of the Venezuelan military believed to be most deeply involved in Venezuela's drug trade are concentrated along the western border with Colombia. The power of these cells comes from their access to Venezuela's major airports, road checkpoints, and ports. These military organizations are thought to source some of their cocaine from the narco-terrorist organization REVOLUTIONARY ARMED FORCES OF COLOMBIA*[7,8] (FARC*). [Exhibit 2, p. 1]

(U) OFAC has targeted Venezuelan government officials involved in international narcotics trafficking in previous Kingpin Act designations. On September 12, 2008, OFAC designated

[5] (U) *InSight Crime* is a foundation dedicated to the study of the threat of organized crime in the Americas and provides the general public with regular reporting, analysis, and investigation of organized crime and on state efforts to combat it. [Exhibit 2, p. 8]

[6] (U) The term "*Cartel de los Soles*" was reportedly first used in 1993 when two Venezuelan National Guard generals and anti-drugs chiefs were investigated for drug trafficking. Both individuals were brigade commanders and wore a single sun as insignia on their shoulders. [Exhibit 2, p. 1]

[7] (U) Throughout this memorandum an asterisk (*) following a name in all capital letters denotes a foreign person (i.e., an individual, a company, or an organization) currently identified by the President or designated by the Secretary of the Treasury as a specially designated national pursuant to the Kingpin Act or other sanctions authority.

[8] (U) The FARC* was identified by the President as a significant foreign narcotics trafficker pursuant to the Kingpin Act on June 2, 2003. [Exhibit 3, p. 1] The FARC* was also designated as a Specially Designated Global Terrorist in 2001. [Exhibit 78, p. 2]

Hugo Armando CARVAJAL BARRIOS*,[9] Henry de Jesus RANGEL SILVA*, and Ramon RODRIGUEZ CHACIN* for materially assisting the narcotics trafficking activities of the FARC*. At the time of designation, CARVAJAL BARRIOS* was the Director of Venezuela's Military Intelligence Directorate who protected FARC* drug shipments from seizure by Venezuelan anti-narcotics authorities, and provided weapons and official Venezuelan government identification documents to the FARC*. RANGEL SILVA* was the Director of Venezuela's Directorate of Intelligence and Prevention Services and assisted the narcotics trafficking of the FARC*. RODRIGUEZ CHACIN* was the Minister of Interior and Justice and provided a variety of assistance to the FARC*, including the coordination of weapons, loans, and high-level meetings between the FARC* and Venezuelan government officials. [Exhibit 4, p. 1]

(U) On September 8, 2011, OFAC designated four Venezuelan government officials -- Amilcar Jesus FIGUEROA SALAZAR*, Cliver Antonio ALCALA CORDONES*, Freddy Alirio BERNAL ROSALES*, and Ramon Isidro MADRIZ MORENO* -- for acting for or on behalf of the FARC*, often in direct support of its narcotics and arms trafficking activities. At the time of their designations FIGUEROA SALAZAR* was a member of Venezuela's delegation to the Latin American Parliament; ALCALA CORDONES* was a Major General of the Fourth Armored Division of the Venezuelan Army; BERNAL ROSALES* was a Congressman for the United Socialist Party of Venezuela and former Mayor of the Libertador Municipality of Caracas; and MADRIZ MORENO* was a key officer of Venezuela's intelligence service. [Exhibit 52, p. 1]

(U) This memorandum proposes for designation a Venezuelan government official playing a significant role in international narcotics trafficking. As detailed below, **Tareck Zaidan EL AISSAMI MADDAH** is a Venezuelan national and the current Executive Vice President of Venezuela.[10] Prior to assuming this position in early 2017, **EL AISSAMI** was the Governor of the Venezuelan State of Aragua. **EL AISSAMI** is a member of the United Socialist Party of Venezuela, a political party founded by late Venezuelan President Hugo Chavez, and was a close ally of Chavez from the time **EL AISSAMI** was first elected to the Venezuelan National Assembly in 2005 until Chavez's death in 2013. During that time, **EL AISSAMI** also served as a Minister of Interior and Justice under Chavez. [Exhibit 5, pp. 1-2] The financial front person for **EL AISSAMI, Samark Jose LOPEZ BELLO**, is also proposed for designation in this memorandum, because he is materially assisting in, or providing financial or technological support for or to, or providing goods or services in support of, the international narcotics trafficking activities of, **EL AISSAMI**; and is acting for or on behalf of, **EL AISSAMI**. Additionally, foreign and U.S. companies and an aircraft owned and controlled by **Samark Jose LOPEZ BELLO** and/or other foreign persons proposed for designation in this memorandum are proposed for designation or identification as blocked property.

---

[9] (U) Following his designation in September 2008, CARVAJAL BARRIOS* was arrested in Aruba in 2014 at the request of U.S. authorities, but was quickly released after the intervention of the Dutch government. [Exhibit 2, p. 5]

[10] (U) According to the Venezuelan government's website, on January 5, 2017 Venezuelan President Maduro swore in new Executive Cabinet members (*Presidente Maduro juramenta nuevos miembros del Gabinete Ejecutivo*), including EL AISSAMI, who was sworn in as Executive Vice President (*Vicepresidente Ejecutivo*). [Exhibit 106, p. 2]

## III. (U) Individuals Proposed for Designation

Non-Responsive and Pages 8-14 Non-Responsive

Pages 7-14 Non-Responsive
Bates: FNK-6137 0007-0014




2. (U) LOPEZ BELLO, Samark Jose

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that Samark Jose LOPEZ BELLO (LOPEZ BELLO)[58] is a foreign person who is materially assisting in, or providing financial or technological support for or to, or providing goods or services in support of, the international narcotics trafficking activities of EL AISSAMI, and is acting for or on behalf of EL AISSAMI, and thus meets the criteria for designation as an SDNT under sections 805(b)(2) and (3) of the Kingpin Act, 21 U.S.C. sections 1904(b)(2) and (3).[59]

(U) Basis for Designation

- (U) Reporting on LOPEZ BELLO acting as a financial manager and front man for EL AISSAMI






[58] (U) For consistency, the name "LOPEZ BELLO" will be referred to as such throughout the evidentiary, despite the name variants provided in the exhibits.

[59] (U) Based on the evidence established below, OFAC has determined that there is an independent basis for designation under both section 805(b)(2) and section 805(b)(3) of the Kingpin Act, 21 U.S.C. sections 1904(b)(2) and (3).

[60] Exhibit 71, p. 1]



[Exhibit 71, p. 2]

(U//~~LES~~) [62] [Exhibit 14, p. 2]

(U//~~LES~~) [63] [Exhibit 17, p. 3]

(U//~~LES~~) [64] [Exhibit 9, p. 2]

(U//~~LES~~) [65] [66] [Exhibit 15, p. 3]

(U//~~LES~~)

61 Exhibit 71, p. 2]

62 (U//~~LES~~) [Exhibit 14, p. 1]

63 (U//~~LES~~) [Exhibit 17, pp. 2-3]

64 (U//~~LES~~)

65 (U//~~LES~~) Exhibit 15, p. 3]

66 (U//~~LES~~)



[67] [68] [Exhibit 16, pp. 4-5]

(U//LES) [69] [Exhibit 13, p. 2]

(U) According to a July 2013 article in the Venezuelan online newspaper, *Reportero 24*,[70] **LOPEZ BELLO** is "linked as [a] front m[a]n" for **EL AISSAMI**. The article asserts that **LOPEZ BELLO** has an estimated net worth of $1 billion. [Exhibit 19, pp. 4-5]

- (U//LES)

(U//LES) [71] [72] [Exhibit 14, p. 2]

[73] [74]

---

[67] (U) [Exhibit 11, p. 1] [Exhibit 58, p. 1]

[68] (U)

[69] (U//LES) [Exhibit 13, p. 2]

[70] (U) *Reportero 24* is a Venezuelan digital newspaper with news and information of opinions about national and international events ("*periodico digital venezolano con noticias e informaciones de opinions sobre acontecinientos nacionales e internacionales...*"). [Exhibit 104, p. 1]

[71] (U//LES)

[72] (U) [Exhibit 74, pp. 1-3]

[73] [Exhibit 45, p. 2]

[74]



[Exhibit 45, p. 2]

(U//~~LES~~) [Exhibit 17, p. 3]

(U) Additional Information

(U//~~LES~~) [Exhibit 13, p. 2]

(U//~~LES~~) [Exhibit 18, p. 1]

(U) Identifying Information

- (U) Primary Name: **LOPEZ BELLO, Samark Jose**[75]
- (U) A.k.a.: LOPEZ DELGADO, Samark[76,77]
- (U) Address: Caracas, Venezuela[78,79]
- (U) Date of Birth: 27 Jul 1974[80]
- (U) Place of Birth: Venezuela[81,82]
- (U) Citizenship: Venezuela[83]
- (U) Gender: Male[84]
- (U) Passport: 122560011 (Venezuela)[85,86]

---

75 (U) [Exhibit 19, pp. 1, 4]
76 (U) [Exhibit 68, p. 1]
77 (U//~~LES~~) [Exhibit 13, p. 2]
78 (U//~~LES~~) [Exhibit 50, p. 1]
79 (U//~~LES~~) [Exhibit 50, p. 2]
80 (U) [Exhibit 19, pp. 1, 4]
81 (U//~~LES~~) [Exhibit 50, p. 1]
82 (U//~~LES~~) [Exhibit 50, p. 4]
83 (U) Given that **LOPEZ BELLO**'s passport was issued by Venezuela, OFAC assesses that **LOPEZ BELLO** is a Venezuelan citizen.
84 (U) **LOPEZ BELLO** is referred to as "he." [Exhibit 19, pp. 1, 4]
85 (U//~~LES~~) [Exhibit 50, p 1]
86 (U//~~LES~~) [Exhibit 50, p. 2]

- (U) Alternate Passport: 055439970 (Venezuela)[87,88]
- (U) Alternate Passport: 002494535 (Venezuela)[89,90]
- (U) Identification Number: 11.208.888 (Venezuela)[91,92]

(U) **LOPEZ BELLO** plays a documented role[93] in the following entities, also proposed for designation or identification as blocked property in this memorandum:

- (U) Linked to: **PROFIT CORPORATION, C.A.**
- (U) Linked to: **YAKIMA TRADING CORPORATION**
- (U) Linked to: **GRUPO SAHECT, C.A.**
- (U) Linked to: **ALFA ONE, C.A.**
- (U) Linked to: **SMT TECNOLOGIA, C.A.**
- (U) Linked to: **SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A.**
- (U) Linked to: **MFAA HOLDINGS LIMITED**
- (U) Linked to: **1425 BRICKELL AVE 63-F LLC**
- (U) Linked to: **1425 BRICKELL AVENUE UNIT 46B, LLC**
- (U) Linked to: **1425 BRICKELL AVENUE 64E LLC**
- (U) Linked to: **AGUSTA GRAND I LLC**
- (U) Linked to: **200G PSA HOLDINGS LLC**

## IV. (U) Foreign Entities Proposed for Designation

### 1. (U) PROFIT CORPORATION, C.A.

(U) <u>Summary</u>

(U) The information presented below and the related exhibits provide reason to believe that **PROFIT CORPORATION, C.A.**, an engineering services company in Venezuela,[94] is owned, controlled, or directed by, or acting for or on behalf of, **LOPEZ BELLO**, and therefore meets the statutory criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. section 1904(b)(3).

---

[87] (U//LES) [Exhibit 50, p. 1]
[88] (U//LES) [Exhibit 50, p. 4]
[89] (U//LES) [Exhibit 50, p. 1]
[90] (U//LES) [Exhibit 50, p. 2]
[91] (U) [Exhibit 19, pp. 1, 4]
[92] (U//LES) , **LOPEZ BELLO**'s nationality is given as Venezuelan, followed by the same identification number. Therefore, OFAC assesses this to be an identification number issued by Venezuela. [Exhibit 20, p. 2]
[93] (U) The specific role **LOPEZ BELLO** plays in each entity is further expounded upon in sections IV ("Foreign Entities Proposed for Designation") and V ("Identification of Blocked Property") of this memorandum.
[94] (U) [Exhibit 21, p. 1]



[redacted]

(U) Basis for Designation

(U//~~LES~~) [redacted] [Exhibit 20, p. 2]

(U) According to a [redacted] Dun & Bradstreet report, **LOPEZ BELLO** is the President of **PROFIT CORPORATION, C.A.** [Exhibit 21, p. 1]

(U) According to the website of the Venezuelan government's Central Commission of Planning (*Comisión Central de Planificación*), as of [redacted] **LOPEZ BELLO** is the President (*Presidente*) and 100% shareholder (*100% acciones*) of **PROFIT CORPORATION, C.A.** [Exhibit 22, p. 3]

(U) According to a July 14, 2013 article in the Venezuelan online newspaper, *Reportero 24*, **LOPEZ BELLO** is the President and 80% shareholder of Profit Corporation. The article asserts that Profit Corporation counts among its clients PDVSA and the Venezuelan Ministry of Interior. [Exhibit 19, p. 1] OFAC assesses Profit Corporation to be **PROFIT CORPORATION, C.A.**

(U) Additional Information

(U) According to the website of the Venezuelan government's Central Commission of Planning (*Comisión Central de Planificación*), PDVSA is a client of **PROFIT CORPORATION, C.A.** In addition, according to the same source, **PROFIT CORPORATION, C.A.** had numerous contracts for PDVSA, including two that were that were scheduled for completion (*fecha final*) in April and August of 2016. [Exhibit 22, p. 5]

(U) Identifying Information

- (U) Primary Name: **PROFIT CORPORATION, C.A.**[95]
- (U) Address: Av. Venezuela con Calle Mohedano, Torre JWM, piso 4, Oficina 4, El Rosal, Caracas, Venezuela[96]
- (U) RIF: J-00317392-4 (Venezuela)[97]

### 2. (U) YAKIMA TRADING CORPORATION

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **YAKIMA TRADING CORPORATION**, an oil construction and equipment company in

---

[95] (U//~~LES~~) [Exhibit 20, p. 1]
[96] (U//~~LES~~) [Exhibit 20, p. 1]
[97] (U//~~LES~~) [Exhibit 20, p. 1]

[redacted]

[redacted]

Panama,[98] is owned, controlled, or directed by, or acting for or on behalf of, **LOPEZ BELLO**, and therefore meets the statutory criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. section 1904(b)(3).

(U) Basis for Designation

(U//~~LES~~) [redacted] [Exhibit 24, pp. 1, 3]

(U) According to the Public Registry of Panama (*Registro Público de Panamá*), as of [redacted] **LOPEZ BELLO** is the President (*Presidente*) and a director (*director*) of **YAKIMA TRADING CORPORATION**. [Exhibit 25, pp. 1-2]

(U) Identifying Information

- (U) Primary Name: **YAKIMA TRADING CORPORATION**[99]
- (U) Address: Ph Ocean Business Plaza (Torre Banesco) Plaza Marbella, Piso 24, Oficina 24-08, Calle Aquilino de la Guardia y Calle 47 (Zona Bancaria), Panama[100]
- (U) Alternate address: Barbados[101]
- (U) RUC: 3196611412868 (Panama)[102]

3. (U) **GRUPO SAHECT, C.A.**

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **GRUPO SAHECT, C.A.**, a food transportation and agro-industrial company in Venezuela,[103] is owned, controlled, or directed by, or acting for or on behalf of, **LOPEZ BELLO**, and therefore meets the statutory criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. section 1904(b)(3).

---

98 (U//~~LES~~ [redacted] Exhibit 24, p. 3]

99 (U//~~LES~~) [Exhibit 24, p.1]

100 (U//~~LES~~) [Exhibit 24, p.1]

101 (U) According to a filling with the Public Registry of Panama (*Registro Público de Panamá*), **YAKIMA TRADING** was moved (*redomicilio*) to Barbados as of March 18, 2016. [Exhibit 25, p. 3]

102 (U//~~LES~~) [Exhibit 24, p.1]

103 (U//~~LES~~) [redacted] Exhibit 26, p. 2]

[redacted]

[redacted]

(U) Basis for Designation

(U//~~LES~~) [redacted] [Exhibit 26, p. 1]

(U) According to documents from the Mercantile Registry (*Registrador Mercantil*) at the Venezuelan People's Ministry for Internal and Judicial Affairs (*Ministerio del Poder Popular-Relaciones Interiores y Justicia*), as of July 9, 2008 **LOPEZ BELLO** is a 50% shareholder (*50% del capital social*) of **GRUPO SAHECT, C.A.** [Exhibit 27, p. 4]

(U) According to the website of the Venezuelan government's Central Commission of Planning (*Comisión Central de Planificación*), as of [redacted] **LOPEZ BELLO** is a 50% shareholder (*50% acciones*) of **GRUPO SAHECT, C.A.** [Exhibit 28, p. 2]

(U) Additional Information

(U) According to an article on the website *Poderopedia*,[104] **GRUPO SAHECT, C.A.** provided storage and transportation for the Venezuelan government entity *Productora y Distribuidora de Alimentos, S.A.* (PDVAL) between 2009 and 2010. PDVAL and **GRUPO SAHECT, C.A.** were linked to the loss of spoiled food and in 2012 were unsuccessfully sued regarding this food scandal. [Exhibit 100, pp. 2-3]

(U) Identifying Information

- (U) Primary Name: **GRUPO SAHECT, C.A.**[105]
- (U) Address: Av. Guaicaipuro, con Calle Urdaneta, Edificio San Marco, piso 9, Ofic. 9-2, Chacao, Caracas, Venezuela[106]
- (U) RIF: J-29620174-9 (Venezuela)[107]

**4. (U) ALFA ONE, C.A.**

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **ALFA ONE, C.A.**, a construction material distributors company in Venezuela,[108] is owned,

---

[104] (U) *Poderopedia* is a data journalism platform that tracks who is who in politics and business in the countries of Venezuela, Chile, and Colombia. *Poderopedia* hosts "profiles" of individuals or entities with their biographies, links, maps of relationships, and sources. [Exhibit 99, p. 1]
[105] (U//~~LES~~) [Exhibit 26, p.1]
[106] (U//~~LES~~) [Exhibit 26, p.1]
[107] (U//~~LES~~) [Exhibit 26, p.1]
[108] (U) [Exhibit 31, p. 1]

[redacted]

controlled, or directed by, or acting for or on behalf of, **LOPEZ BELLO**, and therefore meets the statutory criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. section 1904(b)(3).

(U) Basis for Designation

(U//~~LES~~) [Exhibit 29, p. 2]

(U) According to the website of the Venezuelan government's Central Commission of Planning (*Comisión Central de Planificación*), as of **LOPEZ BELLO** is the President (*Presidente*) and 70% shareholder (*70% acciones*) of **ALFA ONE, C.A.** [Exhibit 30, p. 2]

(U) According to a Dun & Bradstreet report accessed , **LOPEZ BELLO** is the President of the Board of Directors and majority shareholder (79.67%)[109] of **ALFA ONE, C.A.** [Exhibit 31, p. 2]

(U) Identifying Information

- (U) Primary Name: **ALFA ONE, C.A.**[110]
- (U) Address: Av. Principal, Manzana 26, Cto. Empres. Piacoa, piso 1, Ofic. 4, Zona In. Los Pinos, Puerto Ordaz, Estado Bolivar, Venezuela[111]
- (U) RIF: J-31482089-3 (Venezuela)[112]

5. (U) **SMT TECNOLOGIA, C.A.**

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **SMT TECNOLOGIA, C.A.**, a telecommunication services company in Venezuela,[113] is owned, controlled, or directed by, or acting for or on behalf of, **LOPEZ BELLO**, and therefore meets the statutory criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. section 1904(b)(3).

---

109 (U) This percentage was calculated by dividing **LOPEZ BELLO**'s shares (24,700) and the total shares (31,000). [Exhibit 31, p. 2]
110 (U//~~LES~~) [Exhibit 29, p. 1]
111 (U//~~LES~~) [Exhibit 29, p. 1]
112 (U//~~LES~~) [Exhibit 29, p. 1]
113 (U) [Exhibit 34, p. 1]



(U) Basis for Designation

(U//LES) [Exhibit 32, p. 1]

(U) According to the website of the Venezuelan government's Central Commission of Planning (*Comisión Central de Planificación*), as of **LOPEZ BELLO** is the President (*presidente*) and 60% shareholder (*60% acciones*) of **SMT TECNOLOGIA, C.A.** [Exhibit 33, p. 2]

(U) According to a Dun & Bradstreet report accessed , **LOPEZ BELLO** is the President of the Board of Directors and 60% shareholder of **SMT TECNOLOGIA, C.A.** [Exhibit 34, p. 2]

(U) Additional Information

(U) According to the website of the Venezuelan government's Central Commission of Planning (*Comisión Central de Planificación*), **SMT TECNOLOGIA, C.A.**'s clients (*cliente*) include PDVSA and the Ministry of Popular Power for Communication and Information (*Ministerio Para El Poder Popular Para La Comunicacion y La Informacion*). **SMT TECNOLOGIA, C.A.** has several contracts with these entities that were scheduled for completion (*fecha final*) in 2016. [Exhibit 33, pp. 2-3]

(U) Identifying Information

- (U) Primary Name: **SMT TECNOLOGIA, C.A.**[114]
- (U) Address: Av. Venezuela, Edificio JWM, piso 7, Ofic. 72 (al lado de Banavih), El Rosal, Caracas, Venezuela[115]
- (U) RIF: J-40068226-6 (Venezuela)[116]

### 6. (U) SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A.

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A.**, a construction and maintenance company in Venezuela,[117] is owned, controlled, or directed by, or acting for or on behalf of,

[114] (U//LES) [Exhibit 32, p. 1]
[115] (U//LES) [Exhibit 32, p. 1]
[116] (U//LES) [Exhibit 32, p. 1]
[117] (U) The source states: "*Actividades y productos...: servicios de construccion y mantenimiento*"; translated to: "activities and products...: construction and maintenance services." [Exhibit 36, pp. 3-4]

**LOPEZ BELLO**, and therefore meets the statutory criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. section 1904(b)(3).

(U) Basis for Designation

(U//~~LES~~) [118] [Exhibit 35, p. 2]

(U) According to the website of the Venezuelan government's Central Commission of Planning (*Comisión Central de Planificación*), as of **LOPEZ BELLO** is the Vice President (*Vice Presidente*) and 30% shareholder (*30% acciones*) of **SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A.** [Exhibit 36, p. 2]

(U) Identifying Information

- (U) Primary Name: **SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A.**[119]
- (U) Address: 1ª Transversal, Parcela 304-26-06, Zona Industrial Los Pinos, Puerto Ordaz, Estado Bolivar, Venezuela[120]
- (U) RIF: J-31103570-2 (Venezuela)[121]

7. (U) **MFAA HOLDINGS LIMITED**

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **MFAA HOLDINGS LIMITED**, a company operated for tax purposes in the British Virgin Islands,[122] is owned, controlled, or directed by, or acting for or on behalf of, **LOPEZ BELLO**, and therefore meets the statutory criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. section 1904(b)(3).

(U) Basis for Designation

(U) According to the Florida Secretary of State records, as of **MFAA HOLDINGS LIMITED** is the manager of Florida company **1425 BRICKELL AVENUE 64E LLC.**[123] According to the 2015 annual report of **1425 BRICKELL AVENUE 64E LLC**,

118 (U) [Exhibit 35, p. 2]
119 (U//~~LES~~) [Exhibit 35, p. 1]
120 (U//~~LES~~) [Exhibit 35, p. 1]
121 (U//~~LES~~) [Exhibit 35, p. 1]
122 (U//~~LES~~) [Exhibit 63, p. 1]
123 (U) [Exhibit 40, p. 1]

Samark Lopez (**LOPEZ BELLO**) signed as "manager" on behalf of **MFAA HOLDINGS LIMITED**. [Exhibit 62, p. 1]

(U//~~LES~~) According to a Fidelity Investments "Business Account Application" for **MFAA HOLDINGS LIMITED, LOPEZ BELLO**, with the date of birth of July 27, 197[4][124] and Venezuelan passport 055439970, is the "authorized individual/partner" for the **MFAA HOLDINGS LIMITED** account. Additionally, **LOPEZ BELLO** is listed as the owner and "beneficial owner" for **MFAA HOLDINGS LIMITED**. [Exhibit 97, attachment pp. 1-2, 8, 11]

(U//~~LES~~) A document titled "Consent Actions of the Sole Director of **MFAA HOLDINGS LIMITED**" states that as of October 3, 2013, **LOPEZ BELLO**, as Trustee of SLB Trust,[125] holds 50,000 shares in **MFAA HOLDINGS LIMITED**.[126] Another "Consent Actions of the Sole Director of **MFAA HOLDINGS LIMITED**" document states that **LOPEZ BELLO**, with the Venezuelan passport of 055439940, was granted Power of Attorney to represent **MFAA HOLDINGS LIMITED** as of October 14, 2013. [Exhibit 97, attachment pp. 24-26]

(U) Identifying Information

- (U) Primary Name: **MFAA HOLDINGS LIMITED**[127]
- (U) Address: 281 Waterfront Drive, Road Town, Tortola, British Virgin Islands[128]
- (U) Company number: 1793372 (British Virgin Islands)[129]

### 8. (U) YAKIMA OIL TRADING, LLP

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **YAKIMA OIL TRADING, LLP**, a trading company in the United Kingdom,[130] is owned, controlled, or directed by, or acting for or on behalf of, **YAKIMA TRADING CORPORATION**, and therefore meets the statutory criteria for designation pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. section 1904(b)(3).

---

[124] (U//~~LES~~) The application contains a typographical error on page four and his year of birth is listed at 197. His correct year of birth is on page 13 as 1974.

[125] (U//~~LES~~

[126] (U//~~LES~~)

[127] (U//~~LES~~) [Exhibit 63, p. 1]

[128] (U) [Exhibit 40, p. 1]

[129] (U//~~LES~~) [Exhibit 63, p. 1]

[130] (U) [Exhibit 64, p. 1]



[redacted]

(U) Basis for Designation

(U) According to the **YAKIMA OIL TRADING, LLP** website, the company as of [redacted] "belongs" to **YAKIMA TRADING CORPORATION** and is a privately owned trading company headquartered in London with satellite offices in Panama and Caracas. [Exhibit 64, p. 1] According to a [redacted] Dun & Bradstreet report, **YAKIMA TRADING CORPORATION** was a principal in **YAKIMA OIL TRADING, LLP** on the day of **YAKIMA OIL TRADING, LLP**'s registration (February 10, 2014) and resigned the same day. [Exhibit 66, pp. 2-3] OFAC assesses that this provides evidence that **YAKIMA TRADING CORPORATION** established **YAKIMA OIL TRADING, LLP**.

(U) In an [redacted] Oilpro.com[131] profile of a previous general manager of YAKIMA OIL TRADING, LLP and YAKIMA TRADING CORPORATION, states that YAKIMA OIL TRADING, LLP "was founded in 2014 and belongs to YAKIMA TRADING CORP." [Exhibit 59, p. 2]

(U) Additional Information

(U//~~LES~~) [redacted] [Exhibit 65, p. 4]

(U) According to the **YAKIMA OIL TRADING, LLP** website, its "strategic partner" is **PROFIT CORPORATION, C.A.** [Exhibit 64, p. 1]

(U) According to a press release by a real estate investment firm, in October 2014 **YAKIMA OIL TRADING, LLP** leased 2,437 square feet of office space on the 25th floor at 375 Park Avenue, New York. The press release further stated that **YAKIMA OIL TRADING, LLP** is headquartered in London with offices in Panama and Caracas (Venezuela). [Exhibit 46, p. 1] Information obtained by OFAC appears to show that the office space in New York was available for lease as of [redacted]. [Exhibit 57, p. 1]

(U) Identifying Information

- (U) Primary Name: **YAKIMA OIL TRADING, LLP**[132]
- (U) Address: 7 Welbeck Street, London, W1G 9YE, United Kingdom[133]
- (U) Commercial registry number: OC390985 (United Kingdom)[134]

[131] (U) Oilpro is a professional networking website for the oil and gas industry. [Exhibit 59, p. 6]
(U//~~LES~~) [132] (~~U~~) [Exhibit 65, p. 1]
(U//~~LES~~) [133] (~~U~~) [Exhibit 65, p. 1]
[134] (U//~~LES~~) [Exhibit 65, p. 1]

[redacted]

## V. (U) Identification of Blocked Property

### 1. (U) 1425 BRICKELL AVE 63-F LLC

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **1425 BRICKELL AVE 63-F LLC**, a Florida limited liability company,[135] is property within the United States that is owned or controlled by **LOPEZ BELLO**, and therefore will be blocked pursuant to section 805(b) of the Kingpin Act, 21 U.S.C. section 1904(b).

(U) Basis for Blocking

(U) According to the "Electronic Articles of Organization" for **1425 BRICKELL AVE 63-F LLC**, filed on January 20, 2012, **LOPEZ BELLO** is the sole manager (MGR) of the entity. [Exhibit 92, p. 2]

(U) According to the website of the Florida Department of State, as of [redacted] **LOPEZ BELLO** is the sole manager (MGR) of **1425 BRICKELL AVE 63-F LLC**. [Exhibit 37, p. 1]

(U) **LOPEZ BELLO** signed, as manager, the 2016 annual report for **1425 BRICKELL AVENUE 63-F LLC**, which was filed with the Florida Secretary of State on April 29, 2016. [Exhibit 47, p. 1]

(U//LES) [redacted] the contact for the utility bill of 1425 Brickell Avenue Apt 63F Miami, FL (the address of **1425 BRICKELL AVENUE 63-F LLC**) is **LOPEZ BELLO**. [Exhibit 105, p. 6]

(U//LES) [redacted][136] [Exhibit 38, p. 4]

(U) Identifying Information

- (U) Primary Name: **1425 BRICKELL AVE 63-F LLC**[137]
- (U) Address: 1425 Brickell Avenue 63-F Miami, FL 33131, United States[138]
- (U) Tax Identification Number[139]: 71-1053365 (U.S.)[140]

---

[135] (U) [Exhibit 37, p. 1]
[136] (U//LES) [redacted] [Exhibit 38, p. 2]
[137] (U) [Exhibit 37, p. 1]
[138] (U) [Exhibit 37, p. 1]
[139] (U) FEI/EIN is an acronym for Federal Employment Identification Number, a tax identification number for U.S. businesses.
[140] (U) [Exhibit 37, p. 1]

2. (U) 1425 BRICKELL AVENUE UNIT 46B, LLC

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **1425 BRICKELL AVENUE UNIT 46B, LLC**, a Florida limited liability company,[141] is property within the United States that is owned or controlled by **LOPEZ BELLO**, and therefore will be blocked pursuant to section 805(b) of the Kingpin Act, 21 U.S.C. section 1904(b).

(U) Basis for Blocking

(U) According to the "Electronic Articles of Organization" for **1425 BRICKELL AVENUE UNIT 46B, LLC**, filed on March 2, 2012, **LOPEZ BELLO** is the sole manager (MGR) of the entity. **LOPEZ BELLO** signed the articles of organization on March 2, 2012. [Exhibit 86, p. 2]

(U) According to the website of the Florida Department of State, as of [redacted] **LOPEZ BELLO** is the sole manager (MGR) listed for **1425 BRICKELL AVENUE UNIT 46B, LLC**. [Exhibit 39, p. 1]

(U) **LOPEZ BELLO** signed, as manager, the 2016 annual report for **1425 BRICKELL AVENUE UNIT 46B, LLC**, which was filed with the Florida Secretary of State on April 29, 2016. [Exhibit 51, p. 1]

(U//LES) [redacted] the contact for the utility bill of 1425 Brickell Avenue Apt 46B Miami, FL (the address of **1425 BRICKELL AVENUE UNIT 46B, LLC**) is **LOPEZ BELLO**. [Exhibit 105, p. 10]

(U//LES) [redacted] [Exhibit 38, p. 4]

(U) Identifying Information

- (U) Primary Name: **1425 BRICKELL AVENUE UNIT 46B, LLC**[142]
- (U) Address: 1425 Brickell Avenue Unit 46B Miami, FL 33131, United States[143]
- (U) Tax Identification Number: 90-0865341 (U.S.)[144]

---

141 (U) [Exhibit 39, p. 1]
142 (U) [Exhibit 39, p. 1]
143 (U) [Exhibit 39, p. 1]
144 (U) [Exhibit 39, p. 1]

3. (U) 1425 BRICKELL AVENUE 64E LLC

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **1425 BRICKELL AVENUE 64E LLC**, a Florida limited liability company,[145] is property within the United States that is owned or controlled by **LOPEZ BELLO** and/or **MFAA HOLDINGS LIMITED**, and therefore will be blocked pursuant to section 805(b) of the Kingpin Act, 21 U.S.C. section 1904(b).

(U) Basis for Blocking

(U) According to the website of the Florida Department of State, as of [redacted] **MFAA HOLDINGS LIMITED** is the sole manager (MGR) listed for **1425 BRICKELL AVENUE 64E LLC**. [Exhibit 40, p. 1]

(U) **MFAA HOLDINGS LIMITED** signed as manager of **1425 BRICKELL AVENUE 64E LLC** on the 2016 annual report filed with the Florida Secretary of State on April 29, 2016. [Exhibit 67, p. 1]

(U) **LOPEZ BELLO** signed, as manager of **MFAA HOLDINGS LIMITED**, the 2015 annual report for **1425 BRICKELL AVENUE 64E LLC**, which was filed with the Florida Secretary of State on April 10, 2015. [Exhibit 62, p. 1]

(U//LES) [redacted] the contact for the utility bill of 1425 Brickell Avenue Apt 64E Miami, FL (the address of **1425 BRICKELL AVENUE 64E LLC**) is **LOPEZ BELLO**. [Exhibit 105, p. 14]

(U) Identifying Information

- (U) Primary Name: **1425 BRICKELL AVENUE 64E LLC**[146]
- (U) Address: 1425 Brickell Avenue 64E Miami, FL 33131, United States[147]
- (U) Tax Identification Number: 90-1019707 (U.S.)[148]

4. (U) AGUSTA GRAND I LLC

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **AGUSTA GRAND I LLC**, a Delaware limited liability company,[149] is property within the

[145] (U) [Exhibit 40, p. 1]
[146] (U) [Exhibit 40, p. 1]
[147] (U) [Exhibit 40, p. 1]
[148] (U) [Exhibit 40, p. 1]

United States that is owned or controlled by **LOPEZ BELLO**, and therefore will be blocked pursuant to section 805(b) of the Kingpin Act, 21 U.S.C. section 1904(b).

(U) Basis for Blocking

(U) According to the website of the Florida Department of State, as of [redacted] **LOPEZ BELLO** is the sole manager (MGR) listed for **AGUSTA GRAND I LLC**. [Exhibit 61, p. 1]

(U) **LOPEZ BELLO** signed, as manager, the 2016 annual report for **AGUSTA GRAND I LLC**, which was filed with the Florida Secretary of State on April 29, 2016. [Exhibit 72, p. 1]

(U//LES) [redacted] [Exhibit 38, p. 4]

(U) Identifying Information

- (U) Primary Name: **AGUSTA GRAND I LLC**[150]
- (U) Address: 80 SW 8th Street Suite 2000 Miami, FL 33130, United States[151]
- (U) Tax Identification Number: 36-4802365 (U.S.)[152]

**5. (U) 200G PSA HOLDINGS LLC**

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **200G PSA HOLDINGS LLC**, a Delaware limited liability company,[153] is property within the United States that is owned or controlled by **LOPEZ BELLO**, and therefore will be blocked pursuant to section 805(b) of the Kingpin Act, 21 U.S.C. section 1904(b).

(U) Basis for Blocking

(U) According to a February 13, 2013 trust agreement[154] of the Gulfstream 200 with the U.S. Registration number **N200VR, LOPEZ BELLO** is the sole stockholder listed for **200G PSA HOLDINGS LLC**. [Exhibit 101, p. 9]

(U) **LOPEZ BELLO** signed, as manager, the 2015 annual report for **200G PSA HOLDINGS LLC**, which was filed with the Florida Secretary of State on April 10, 2015.[155] [Exhibit 56, p. 1]

---

149 (U) [Exhibit 61, p. 1]
150 (U) [Exhibit 61, p. 1]
151 (U) [Exhibit 61, p. 1]
152 (U) [Exhibit 61, p. 1]
153 (U) [Exhibit 73, p. 1]
(U//~~LES~~) 154 ~~(U)~~ [redacted]
155 (U) While the 2016 annual report lists 200G PSA Holdings Ltd. in BVI as the manager (MGR) and authorized person [Exhibit 83, p. 1], OFAC assesses that **LOPEZ BELLO** owns or controls **200G PSA HOLDINGS LLC**.



(U//LES) (U) [156] [Exhibit 80, p. 1], [Exhibit 63, p. 1],

(U) The registered agent of **200G PSA HOLDINGS LLC** is JSH Register Agent Services Inc. [Exhibit 73, p. 1],[157] which is the same registered agent as **1425 BRICKELL AVE 63-F LLC** [Exhibit 37, p. 1]; **1425 BRICKELL AVENUE UNIT 46B, LLC** [Exhibit 39, p. 1]; **1425 BRICKELL AVENUE 64E LLC** [Exhibit 40, p. 1]; and **AGUSTA GRAND I LLC** [Exhibit 61, p. 1].

(U) Identifying Information

- (U) Primary Name: **200G PSA HOLDINGS LLC**[158]
- (U) Address: 80 SW 8th Street Suite 2000 Miami, FL 33130, United States[159]
- (U) Tax Identification Number: 80-0890696 (U.S.) [160]

## VI. (U) Aircraft Identified as Blocked Property

### 1. (U) N200VR

(U) Summary

(U) The information presented in this memorandum and the related exhibits provide reason to believe that a Gulfstream 200 with the FAA Aircraft Registry number **N200VR** is an aircraft owned or controlled by **200G PSA HOLDINGS LLC**. Therefore, this aircraft will appear on the SDN List as blocked pursuant to the Kingpin Act section 805(b), 21 U.S.C. section 1904(b).

(U) Basis for Blocking

(U) According to the FAA Aircraft Registry, a Gulfstream 200 with the FAA Aircraft Registry number **N200VR** is owned by **200G PSA HOLDINGS LLC**. [Exhibit 102, p. 1]

---

[156] (U)

[157] (U) JSH Register Agent Inc. is located at 200 South Biscayne Boulevard Suite 2700, which is the address of Salcedo Attorneys at Law P.A., founded by "Jorge Salcedo H." (JSH). [Exhibit 98, p. 1]

[158] (U) [Exhibit 73, p. 1]

[159] (U) [Exhibit 73, p. 1]

[160] (U) [Exhibit 73, p. 1]

(U//~~LES~~) [redacted] the registered owner of the Gulfstream 200 with the FAA Aircraft Registry number **N200VR** is **200G PSA HOLDINGS LLC**. **N200VR** was purchased by **200G PSA HOLDINGS LLC** on March 25, 2013. [Exhibit 103, pp. 1, 6]

(U) Additional Information

(U//~~LES~~) The aircraft registration application for **N200VR** submitted by **200G PSA HOLDINGS LLC** was signed by "Jorge Salcedo" with the address of 200 S. Biscayne Blvd Suite 2700. This is the address of JSH Registered Agent, the registered agent for **200G PSA HOLDINGS LLC** and other U.S. LLCs owned or controlled by **LOPEZ BELLO**. [Exhibit 103, pp. 1, 6]

(U) Identifying Information

- (U) Aircraft Name/Tail Number[161]: **N200VR**[162]
- (U) Address: 80 SW 8th Street, Suite 2000 Miami, FL 33130[163]
- (U) Aircraft Model: Gulfstream 200[164]
- (U) Aircraft Manufacturer's Serial Number: 133[165]

(U) **N200VR** is owned or controlled by the following entity which is also proposed for identification as blocked property in this memorandum:

- (U) Linked to: **200G PSA HOLDINGS LLC**

[161] (U) The aircraft tail number will be listed as the primary name for this aircraft on the SDN List.
[162] (U) [Exhibit 102, p. 1]
[163] (U) [Exhibit 102, p. 1]
[164] (U) [Exhibit 102, p. 1]
[165] (U) [Exhibit 102, p. 1]





[redacted]

## VII. (U) Exhibits

Exhibit 1: (U) Foreign Narcotics Kingpin Designation Act, Public Law 106-120, December 3, 1999, codified at 21 U.S.C. §§ 1901-1908, 8 U.S.C. § 1182.

Exhibit 2: (U) *InSight Crime*, "Cartel de los Soles," [redacted]

Exhibit 3: (U) OFAC, "Designations Pursuant to the Foreign Narcotics Kingpin Designation Act: Specially Designated Narcotics Traffickers [SDNTK]s," April 25, 2016.

Exhibit 4: (U) U.S. Department of the Treasury Press Release, "Treasury Targets Venezuelan Government Officials Supporting the FARC," September 12, 2008.

Exhibit 5: (U) Website of the United Socialist Party of Venezuela, "Tareck El Aissami Biography," accessed on [redacted]

Exhibit 6: Non-Responsive

Exhibit 7: Non-Responsive

Exhibit 8: Non-Responsive

Exhibit 9: (U//~~LES~~) [redacted]

Exhibit 10: Non-Responsive

Exhibit 11: (U) [redacted]

Exhibit 12: Non-Responsive

Exhibit 13: (U//~~LES~~) [redacted]

Exhibit 14: (U//~~LES~~) [redacted]

Exhibit 15: (U//~~LES~~) [redacted]

Exhibit 16: (U//~~LES~~) [redacted]

Exhibit 17: (U//~~LES~~) [redacted]

Exhibit 18: (U//~~LES~~) [redacted]

Exhibit 19: (U) *Reportero 24*, "Investigación: Las 15 fortunas más grandes del chavismo," (Investigation: The 15 Biggest Fortunes in Chavismo), July 14, 2013.

Exhibit 20: (U//LES) (U) on PROFIT CORPORATION C.A.

Exhibit 21: (U) Dun & Bradstreet Report on PROFIT CORPORATION C.A., accessed on

Exhibit 22: (U) Website of the Venezuelan Central Commission of Planning, PROFIT CORPORATION C.A., accessed on

Exhibit 23: Non-Responsive

Exhibit 24: (U//LES)

Exhibit 25: (U) Panama Public Registry, YAKIMA TRADING CORPORATION, accessed on

Exhibit 26: (U//LES)

Exhibit 27: (U) Venezuelan Mercantile Registry, GRUPO SAHECT, C.A., July 9, 2008.

Exhibit 28: (U) Website of the Venezuelan Central Commission of Planning, GRUPO SAHECT, C.A., accessed on

Exhibit 29: (U//LES)

Exhibit 30: (U) Website of the Venezuelan Central Commission of Planning, ALFA ONE, C.A., accessed on

Exhibit 31: (U) Dun & Bradstreet Report on ALFA ONE, C.A., accessed

Exhibit 32: (U//LES)

Exhibit 33: (U) Website of the Venezuelan Central Commission of Planning, SMT TECNOLOGIA, C.A., accessed on

Exhibit 34: (U) Dun & Bradstreet Report on SMT TECNOLOGIA, C.A., accessed

Exhibit 35: (U//LES)

Exhibit 36: (U) Website of the Venezuelan Central Commission of Planning, SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A., accessed on

Exhibit 37: (U) Florida Department of State Division of Corporations, 1425 Brickell Ave 63-F LLC, accessed

Exhibit 38: (U//LES)

Exhibit 39: (U) Florida Department of State Division of Corporations, 1425 Brickell Avenue Unit 46B LLC, accessed

Exhibit 40: (U) Florida Department of State Division of Corporations, 1425 Brickell Avenue 64E LLC, accessed

Exhibit 41: Non-Responsive

Exhibit 42: Non-Responsive

Exhibit 43: Non-Responsive

Exhibit 44: Non-Responsive

Exhibit 45:

Exhibit 46: (U) RFR Realty announcement, October 23, 2014, accessed from Google search, accessed

Exhibit 47: (U) 2016 Florida Limited Liability Company Annual Report, 1425 Brickell Avenue 63-F LLC, filed April 29, 2016.

Exhibit 48: Non-Responsive

Exhibit 49: Non-Responsive

[redacted]

Exhibit 50: (U//LES) [redacted]

Exhibit 51: (U) 2016 Florida Limited Liability Company Annual Report, 1425 Brickell Avenue Unit 46B LLC, filed April 29, 2016.

Exhibit 52: (U) U.S. Department of the Treasury Press Release, "Treasury Designates Four Venezuelan Officials for Providing Arms and Security to the FARC," September 8, 2011.

Exhibit 53: Non-Responsive [redacted]

Exhibit 54: Non-Responsive [redacted]

Exhibit 55: Non-Responsive [redacted]

Exhibit 56: (U) 2015 Florida Limited Liability Company Annual Report, 200G PSA Holdings LLC, filed April 10, 2015.

Exhibit 57: (U) RFRSpace.com, "375 Park Avenue," accessed [redacted]

Exhibit 58: (U) [redacted]

Exhibit 59: (U) Oilpro website, Arturo Zea, accessed [redacted] accessed from www.oilpro.com.

Exhibit 60: Non-Responsive [redacted]

Exhibit 61: (U) Florida Department of State Division of Corporations, Agusta Grand I LLC, accessed [redacted]

Exhibit 62: (U) Florida Department of State, 2015 Annual Report for 1425 Brickell Avenue 64E LLC, filed April 10, 2015.

Exhibit 63: (U//LES) [redacted]

Exhibit 64: (U) YAKIMA OIL TRADING, LLP website, accessed [redacted]

Exhibit 65: (U//LES) [redacted]

[redacted]

Exhibit 66: (U) Dun & Bradstreet Report on YAKIMA OIL TRADING, LLP,

Exhibit 67: (U) 2016 Florida Limited Liability Company Annual Report, 1425 Brickell Avenue 64E LLC, filed April 29, 2016.

Exhibit 68: (U) *NotiCensura*, accessed via Google, "Continua La Censura – Perdimos a El Universal," April 24, 2014.

Exhibit 69: Non-Responsive

Exhibit 70: Non-Responsive [166]

Exhibit 71:

Exhibit 72: (U) 2016 Florida Limited Liability Company Annual Report, Agusta Grand I LLC, filed April 29, 2016.

Exhibit 73: (U) Florida Department of State Division of Corporations, 200G PSA Holdings LLC, accessed

Exhibit 74: (U)

Exhibit 75: Non-Responsive

Exhibit 76: Non-Responsive

Exhibit 77: Non-Responsive

Exhibit 78: (U) U.S. Department of the Treasury, Recent OFAC Actions, November 2, 2001.

Exhibit 79: Non-Responsive

Exhibit 80: (U//LES)

[166] Non-Responsive



Exhibit 81: Non-Responsive

Exhibit 82: Non-Responsive

Exhibit 83: (U) 2016 Foreign Limited Liability Company Annual Report, 200G PSA Holdings LLC, filed April 29, 2016.

Exhibit 84: Non-Responsive [167]

Exhibit 85: Non-Responsive

Exhibit 86: (U) Electronic Articles of Organization for Florida Limited Liability Company, 1425 Brickell Avenue Unit 46B, LLC, filed March 2, 2012.

Exhibit 87: Non-Responsive

Exhibit 88: Non-Responsive

Exhibit 89: Non-Responsive

Exhibit 90: Non-Responsive

Exhibit 91: Non-Responsive

Exhibit 92: (U) Electronic Articles of Organization for Florida Limited Liability Company, 1425 Brickell Ave 63-F LLC, filed January 20, 2012.

Exhibit 93: Non-Responsive [168]

Exhibit 94: Non-Responsive

Exhibit 95: Non-Responsive

Exhibit 96: Non-Responsive

[167] Non-Responsive

[168] Non-Responsive

Exhibit 97: (U//~~LES~~)

Exhibit 98: (U) Salcedo Attorneys at Law P.A. website, "Jorge Salcedo H.", accessed

Exhibit 99: (U) International Center for Journalists website, "How Poderopedia has promoted transparency in its first year and a half", August 13, 2014.

Exhibit 100: (U) *Poderopedia* website, "Samark Lopez", accessed

Exhibit 101: (U//~~LES~~) Voting Trust Agreement, 200G PSA Holdings, LLC, Samark Lopez, and the Bank of Utah, dated March 26, 2013.

Exhibit 102: (U) FAA Registry, N200VR, accessed

Exhibit 103: (U//~~LES~~) Registration documents, N200VR, dated November 2, 2015.

Exhibit 104: (U) *Reportero 24*, "About", accessed

Exhibit 105: (U//~~LES~~) documents.

Exhibit 106: (U) *Gobierno de Venezuela* website, "Noticias: Presidente Maduro juramenta nuevos miembros del Gabinete Ejecutivo", January 5, 2017.



FNK-23166 0050

**Nombre: Baldo Sansón.**

**Número de cédula: 10.330.333**

**Fecha de nacimiento: 19/02/1969**

**Valor estimado de su fortuna: 600 millones de dólares.**

Abogado, consultor, asesor financiero de PDVSA, cuñado de Rafael Ramirez (Presidente de PDVSA y Ministro de Energía y Petróleo). Estudió en la Facultad de Ciencias Jurídicas y Políticas de la Universidad Central de Venezuela. Obtuvo su doctorado en 1992 y dos años más tarde una Maestría en la Universidad de Columbia. Posee un postgrado en Derecho Financiero y Tributario en la Universidad Católica Andrés Bello de Caracas, donde obtuvo una Maestría con honores superiores en 1998. También tiene una Maestría en Políticas Públicas y Asuntos Internacionales de la Escuela de Políticas Públicas de la Universidad de Michigan, Ann Arbor, otorgada en el año 2000. Ha trabajado en la Corporación Andina de Fomento como asesor legal, analista financiero en KPMG (Caracas), Bain & Company (firma global de consultoría de gestión con sede en Boston). Estuvo implicado en el caso Econoinvest y, días antes de darse a conocer la intervención de esta casa de bolsa -de la cual su tío es accionista y dueño mayoritario- se demostró su complicidad en la transferencia de una importante cantidad millonaria, por parte de la estatal petrolera, a uno de los banqueros que huyó del país.




**Nombre: Armando "el pelón" Capriles Capriles.**

**Número de cédula: 5.311.556**

**Fecha de nacimiento: 26/08/1962**

**Valor estimado de su fortuna: 2.000 millones de dólares.**

Primo-hermano de Henrique Capriles Radonski, actual Gobernador del estado Miranda. Forma parte de ese selecto grupo de "empresarios" que han forjado su fortuna a través del diferencial cambiario existente entre el dólar regulado y el paralelo. Posee una amistad de varios años con Nelson Merentes, ministro de Finanzas. Era accionista (heredero) y directivo de un medio de comunicación perteneciente a la Cadena Capriles, así como de otras empresas financieras y constructoras. Fue diputado del extinto Congreso Nacional y quien impulsó a Radonski a incursionar en la política.




**Nombre: Samark José López Bello.**

**Número de cédula: 11.208.888**

**Fecha de nacimiento: 27/07/1974**

**Valor estimado de su fortuna: 1.000 millones de dólares.**

Title: Investigación: Las 15 fortunas más grandes del chavismo

Investigation: The 15 largest fortunes of chavismo
Reportero 24
July 14, 2013

Translation prepared by



---

The bosses and corrupts of this government…

They are called the "boli-bourgeois" of the revolution for having collected fortunes which easily exceed many characters known as "tycoons" - in the shadow of a government that has been characterized by turning a blind eye to the economic "tricks" managed in the country.

At other times the 6th Power has found enough clues to name more than one of the herein appointed, by financial "scams" that, in addition to being a crime, have caused serious consequences to the nation. Inflation, shortages, money laundering, speculation are some of the results of the millionaires transactions handled these characters.

What grouped them on the same scale and leading them to be today appointed by the editorial staff of the weekly 6th Power newspaper, is that all the people mentioned here lived like another Venezuelan in the called fourth republic, but amassed fortunes during the government of the late Hugo Chavez, some from the arrival of Chavez to power and others from his second term.

[…]

Name: Samark Jose Lopez Bello
ID number: 11.208.888
Date of birth: 07/27/1974

Estimated value of his fortune: 1 billion dollars

[He was] listed as one of the "boli-bourgeois of the Revolution." He is linked as front men of the current governor of Aragua state, Tareck El Aissami. He belonged to a family with limited financial resources. His parents were teachers. He is currently the president of Profit Corporation, a company that since 2010 has registered him as owner of 80% of its shares, in addition to have PDVSA, PDVSA Gas and the Ministry of Interior as its main customers. His name has been involved in cases like the spoiled milk from China and imported by Venezuela. He was accused by Aura Montero (Member of the Legislative Council of Carabobo) as owner of the warehouses where the spoiled food of PDVAL was discovered, popularly known "Pudreval."

[…]

Title: Continua la censura- perdimos a El Universal.

Reveal the first names in the Chavistas list punishable by USA
NotiCensura
April 24, 2014

Translation prepared by [REDACTED]

---

**Tareck El Aissami, the governor of Aragua has closed business deal of the daily El Universal** through his front men Samark Lopez Delgado. The agreed price is USD$ 130 million, from wher 25 million dollars were deposited in a bank abroad a few months ago, and to this day the transaction was finalized.

The newspaper radically changes the editorial line.

The purchase of the newspaper took place in Spain where Samark Lopez retains business activity.

Samark Lopez Delgado, who has multiple business activities with the government and PDVSA is a very close associate and front man, according to rumors to El Aissami, and was designated as the investor of the collectives.

This controversial official also owned the providers companies of Pdval, was at the National Police and the Administrative Service of Identification, Immigration and Foreignness (SAIME).

Lopez Delgado accessed to financial sources of the government through the Plan Bolivar 2000 by the retired military Luis Gonzalez, both of them had businesses with the government of Merida when Florencio Porras was in power, but came under a corruption scandal that referred to Trolleybus of the Andean capital.

Lopez Delgado and González, back then in Merida moved to San Cristobal where they made substantial investments of money in different private businesses and even acted against Chavez. Soon they engaged with the governor of [Yelitza] Monagas Santaella with whom they did business of drilling and construction, now the field was enlarged with this new acquisition.

Samark Lopez comes from a family with limited financial resources; his parents were teachers, but now they belong to the select social sector of Boliboırgeoisie. Currently, he is the president of Profit Corporation, a company that since 2010 has registered him as the owner of 80% of its shares, in addition has PDVSA, PDVSA Gas and the Ministry of Interior as main customers. His name has been involved in cases like the Chinese contaminated milk and imported by Venezuela. He was accused by Aura Montero (Member of the Legislative Council of Carabobo) as owner of the warehouses where the discovery of contaminated food of PDVAL, popularly known as "Pudreval."

A/Z | PERSONAS | EMPRESAS | ORGANIZACIONES | Sobre Poderopedia

POPULAR AHORA: | Magdalena Frei Larraechea | Natalia Compagnon | Grupo Matte | Alfonso Muga

Países



# Samark López

27-07-1974

Economista y empresario venezolano del sector alimentos y construcción. Trabajó en la Gobernación de Mérida como director de Planificación. Se le vincula en la operación de adquisición de la ex Cadena Capriles, ahora Grupo Últimas Noticias. También diversas publicaciones periodísticas lo relacionan con el actual gobernador de Aragua y ex ministro de Relaciones Interiores, Tarek El Aissami. Figura en cinco empresas inscritas en el Registro Nacional de Contratistas, entre ellas una llamada Servicios Tecnológicos Industriales C.A., que tuvo como principal cliente a Sidor; Profit Corporation, contratada Pdvsa Gas; y Sahect C.A. que trabajó para Pdval en el mantenimiento de instalaciones de esa firma hasta octubre de 2010. Entre las sedes operadas por Sahect se encontraba un depósito en Tinaquillo, estado Cojedes, donde se dañaron toneladas no especificadas de alimentos. Tenía al menos tres empresas registradas en Florida: MF Food Service, LLC, LH Industries Supplies INC y Sahect Holding LLC, la misma que manejó almacenes de Pdval en Venezuela. Ninguna se encuentra activa en estos momentos en los EEUU. Desde febrero es presidente de una empresa panameña cuyo principal cliente es Pdvsa.

[ sugerir otro perfil ] [ sugerir conexiones ] [ reportar error ] [ reportar contenido inadecuado ] [ requiere actualizacion ] [ republicar ] [ ver historial ]

*Actualizado 04-06-2014*

| PERSONAS RELACIONADAS

[Sugerir otra Persona]

| EMPRESAS RELACIONADAS

[Sugerir otra Empresa] VER MÁS »

| ORGANIZACIONES RELACIONADAS

PDVAL

[Sugerir otra Organización]

CONEXIONES | PERFIL | MAPA DE RELACIONES | DOCUMENTOS | FUENTES | RIO DE NOTICIAS

## Perfil

Samark José López Bello es un empresario venezolano, de 39 años, que ostenta una fortuna de rápido ascenso. Su nombre sale a la luz pública a partir de su presunta vinculación con la compra opaca de la antigua Cadena Capriles.

López figura desde mediados de 2013 en notas basadas en fuentes encubiertas que aseguran que es el nuevo dueño, a modo de testaferro, de Últimas Noticias, así como se menciona en otras operaciones de adquisiciones aún no anunciadas de otro periódico.

Los periodistas Patricia Poleo y Leocenis García son de los pocos que con nombre y apellido afirman que hay una relación entre López y operaciones financieras de funcionarios públicos, específicamente del gobernador del estado Aragua, Tareck El Aissami.

López nació el 27 de julio de 1974 y, según la base de datos del Consejo Nacional Electoral, ejerce su derecho al voto en el municipio Girardot del estado Aragua. Labora –de acuerdo con el Instituto Venezolano de Seguros Sociales- en la compañía Profit Corporation, C. A. desde 2010, donde desempeña el cargo de presidente con el 80% de las acciones. La página web de la empresa indica que sus principales clientes son la estatal Petróleos de Venezuela (Pdvsa) y el Ministerio de Interior y Justicia. Fue contratada por PDVSA Gas, S. A. en 2010 para obras civiles y electromecánicas, pero el avance de los trabajos, según el Registro Nacional de Contratistas (RNC), sólo llegó a 46% y 16%.

En 2007 el Banco Venezuela lo demandó en Puerto Ordaz, estado Bolívar, por una deuda de 200 mil bolívares fuertes. Pese a estos problemas financieros, su vida empresarial se ha expandido progresivamente. El RNC da cuenta de otras cuatro empresas bajo su propiedad: Alfa One, C. A., SMT Tecnología, Grupo Sahect, C. A y Servicios Tecnológicos Industriales, C. A. Esta última tiene como principal cliente a Siderúrgica del Orinoco Alfredo Maneiro (Sidor), para trabajos de instalaciones eléctricas. Las otras compañías no tienen reportes de contratos con el Estado en el RNC.

## De Pdval a la internacionalización

El Grupo Sahect, sin embargo, trabajó en Tinaquillo, estado Cojedes, para la Productora y Distribuidora de Alimentos, S. A. (Pdval) entre 2009 y 2010 mediante labores de almacenamiento y transporte. Esta relación laboral está registrada en un expediente del Tribunal Supremo de Justicia (una demanda, con fecha de 2012, de trabajadores contra la empresa y Pdval por despido injustificado). Esa compañía fue vinculada con la pérdida de alimentos por descomposición en medio del escándalo que se desató ese año en el país.

La gerencia corporativa de López se extiende hasta Florida, Estados Unidos, con las compañías –actualmente inactivas- MF Food Service, LLC, LH Industries Supplies INC y Sahect Holding LLC.

El 5 de febrero de 2014 fue designado presidente de Yakima Trading Corp, una empresa panameña creada en febrero de 2002, que ofrece productos y servicios en el área petrolera, petroquímica, industrial y de construcción, particularmente a Venezuela, según indica su página web. Al día siguiente, el 6 de febrero, la compañía fue registrada en Gran Bretaña.

Entre los intercambios comerciales que Yakima Trading Corp ha tenido con el Estado venezolano se incluye la venta de 5.712 piezas de viviendas prefabricadas a Pdvsa Industrial, S. A. en 2014.

En la junta directiva de la compañía panameña lo acompañan Enrique Chacín Bello –su también socio en dos de sus empresas en Venezuela: Alfa One, C. A. y Servicios Tecnológicos Industriales, C. A.-y José Chacín Bello, quien acumula decisiones del Estado venezolano: Su empresa Distribuidora Marsof C. A. fue suspendida del RNC en 2009 por impedir la auditoría de sus obras; en enero de 2010 fue intervenida la casa de bolsa Venemutuo Sociedad de Corretaje de Valores, C. A., donde era accionista y se desempeñaba como ejecutivo de ventas; y dos años después, otra empresa bajo su dirección también fue suspendida del RNC por violar el proceso de las contrataciones públicas.

## Entre escándalos

Su nombre suena en el mundo de los medios desde que se anunció la venta del grupo editorial Cadena Capriles a mediados de 2013: el ex directivo del canal Globovisión y director del portal web La Patilla declaró que López era un economista interesado en la compra de medios.

Oficialmente se conoce que la empresa Latam Media Holding es la nueva dueña de la Cadena Capriles desde octubre de ese año. La nota de prensa referente a la venta indica que la compañía es propiedad de Hanson Group, de Inglaterra, firma con inversiones en varios países de América, Asia y Europa. La información suministrada a los trabajadores de ese medio, ahora llamado Grupo Últimas Noticias, es que los propietarios constituyen un grupo inversor. Aún no se revelan, pese a las solitudes de los empelados, los nombres de los dueños.

Pero la venta poco transparente de periódicos no es el único escándalo en el que Samark López ha estado involucrado. El Grupo Sahect fue denunciado ante la Fiscalía General de la República en 2010 por la entonces diputada del Consejo Legislativo de Carabobo, Aura Montero, por la descomposición de alimentos provenientes de Pdval en Carabobo y Cojedes. La demanda no prosperó.

También fue salpicado por los señalamientos de corrupción en el Trolebús de Mérida cuando ocupaba el cargo de director de Planificación y Presupuesto, durante la gestión del ex gobernador Florencio Porras.

Una nota publicada en el medio digital Aporrea.org, señala que la salida de López y del presidente del Instituto de Infraestructura de Mérida, Luis González, originó el comentario acerca de que con esas acciones la gobernación de autolimpió. La información señala a ambos "como los más corruptos".

ACERCA DE
- Equipo
- Qué es Poderopedia
- Prensa
- Política de privacidad
- Condiciones y términos de uso
- Blog
- Contacto

COMUNIDAD
- Crea Poderopedia en tu país
- Súmate a Nosotros
- Sugiere un Perfil
- Sugiere una conexión
- Apóyanos

DESARROLLADORES
- API
- Ontología
- Usa nuestro código
- Documentación

AYUDA
- Guía Paso a Paso
- Preguntas Frecuentes
- Lineamientos editoriales
- Reportar errores
- Reportar contenido inadecuado

SEGUIR
- Twitter
- Facebook
- Google +
- Github
- RSS






Términos de uso | Políticas de privacidad

Con el apoyo de:

Un proyecto de Fundación Poderomedia 2012. Todo el contenido, a menos que se indique lo contrario, bajo licencia Creative Commons 3.0. Hecho en Chile.

Title: Samark Lopez

Samark Lopez
Poderopedia

Translation prepared by



Samark Lopez
July 27, 1974

A Venezuelan economist and entrepreneur involved the food and construction sector. He worked in the Government of Merida as Director of Planning during Captain Porras term. Also, various news publications link him to the current governor of Aragua and former Minister of Interior, Tareck El Aissami. His name is on five companies listed at the National Register of Contractors, including one name Servicios Tecnologicos Industriales C.A., which had as its main client [the company] Sidor; Profit Corporation, hire by PDVSA Gas, and Sahect C.A., who worked for Pdval conducting facility maintenance for the firm until October 2010. Among the sites operated by Sahect it was a warehouse in Tinaquillo, Cojedes state where unspecified tons of food were spoiled. Had at least three companies registered in Florida: MF Food Service, LLC, LH Industries Supplies INC and Sahect Holding LLC, which handled the same Pdval stores in Venezuela. Since February, he is president of a Panamanian company whose main customer is Pdvsa.

**Profile**

Samark Jose Lopez Bello is a Venezuelan businessman, 39 years old, who holds a fortune in fast ascent. His name emerges to the public from his alleged links with the unclear purchase of the old Cadena Capriles.

Since mid-2013, Lopez figure in the notes of information based on covert sources that indicates that he is the new owner, as a frontmen of Ultimas Noticias, also as mentioned in other transactions of acquisitions of other newspaper not yet announced.

The journalists Patricia Poleo and Leocenis Garcia are among the few who by name and last name stating that there is a relationship between Lopez and financial transactions of public officials, specifically the Aragua state governor, Tareck El Aissami.

Lopez was born on July 27, 1974, and according to the database of the National Electoral Council exercises his right to vote in the Municipality of Girardot, Aragua state. According to the Venezuelan Insurance Institute s of Social Security, he works at the company Profit

Corporation C.A. since 2010, where he holds the position of president with 80% of the shares. The website of the company indicates that the main customers are the state-owned Petroleos de Venezuela (PDVSA) and the Ministry of Interior and Justice. It was hired by PDVSA Gas, S.A. in 2010 for civil and electromechanical works, but the progress of work, according to the National Register of Contractors [RNC, by the acronym in Spanish], only reached 46% and 16%.

In 2007 the Bank Venezuela sued him in Puerto Ordaz, Bolivar state, for a debt of 200,000 Bolivars. Despite these financial problems, his business life has expanded progressively. The National Register of Contractors (RNC) names four other companies under his ownership: Alpha One, C.A., SMT Tecnologia, Grupo Sahect, C. A. and Servicios Tecnologicos Industriales, C.A. The last one has Siderurgica del Orinoco Alfredo Maneiro (Sidor) as their principal client, to work electrical installations. The other companies do not have any reports of state contracts in the National Register of Contractors (RNC).

From PDVAL to globalization

However, the Sahect Group worked in Tinaquillo, Cojedes state, for the Productora y Distribuidora de Alimentos, S.A. (Pdval) between 2009 and 2010 providing storage and transportation. This working relationship was documented in a record of the Supreme Court (a lawsuit dated 2012, of workers against the company and Pdval for unfair dismissal). That company was linked to the loss of spoiled food, amid the scandal that erupted in the country that year.

The corporate management of Lopez extends to Florida, USA, with companies currently inactivated: MF Food Service, LLC, LH Industries Supplies INC and Sahect Holding LLC.

On February 5, 2014, he was appointed president of Yakima Trading Corp, a Panamanian company established in February 2002, that offer products and services in the oil, petrochemical area, industrial and construction, particularly in Venezuela, according to its website. The next day, on February 6, the company was registered in Britain.

Among the trade Yakima Trading Corp has had with the Venezuelan state includes the sale of 5,712 pieces of manufactured homes to PDVSA Industrial, S.A. in 2014.

On the board of the Panamanian entity is also Enrique Chacin Bello, also his partner in two of his companies in Venezuela: Alpha One, C.A. and Servicios Tecnologicos Industriales, C.A.; Jose Chacin Bello, who accumulate decisions of the Venezuelan state. His company Distribuidora Marsof C.A. was suspended from the National Register of Contractors (RNC) in 2009 to prevent the audit of their work; in January 2010 the brokerage company Venemutuo Sociedad de Corretaje de Valores, C. A. was intervened, where he was a shareholder and served as sales executive; and two years later, another company under his leadership was also suspended from the National Register of Contractors (RNC) for violating the public procurement process.

Among the scandals

His name sounds in the media world since the sale of the publishing group Cadena Capriles announced in mid-2013: the former director of Globovision and director of the website La Patilla said Lopez was an economist interested in the purchase of media.

Officially it is known that the company Latam Media Holding is the new owner of Cadena Capriles from October of that year. The press release concerning the sale indicates that the company is owned by Hanson Group, in England, firm with investments in several countries in America, Asia and Europe. The information provided to the employees of that media, now called Grupo Ultimas Noticias, is that the owners are an investment group. Not yet reveal the names of the owners, despite the employees' request.

But the non-transparent sale of the newspapers is not the only scandal in which Samark Lopez has been involved. The Grupo Sahect was reported to the Attorney General's Office in 2010 by the then deputy of the Legislative Council of Carabobo, Aura Montero, for the spoiled food from Pdval in Carabobo and Cojedes. The lawsuit was unsuccessful.

He was also punctuated by accusations of corruption in the Trollebus Merida when she served as Director of Planning and Budget, during the administration of the former governor Florencio Porras.

An article published in the Aporrea.org digital media, indicates that Lopez output and President of the Institute for Infrastructure Merida, Luis Gonzalez, originated the comment that with such actions the government was self-cleaned. The information points to both of them "as the most corrupt".

**From:** OFAC.Reconsideration
**To:** "Newcomb, Richard"
**Subject:** OFAC Case ID: FNK-10281
**Date:** Monday, May 22, 2017 11:25:00 AM
**Attachments:** FNK-10281 Admin record cover letter 5.22.17.pdf

---

Dear Mr. Newcomb,
Please find attached correspondence from OFAC regarding your client, Samark Jose Lopez Bello. A hard copy of this letter, along with the enclosure (second redacted administrative record), will be mailed to you today via UPS.
Thank you,
OFAC Reconsideration



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

Case ID FNK-10281

Richard Newcomb
DLA Piper LLP
500 Eighth Street, NW
Washington, DC 20004

JUL 18 2017

Re: Samark Jose Lopez Bello

Dear Mr. Newcomb:

This is a follow-up response to your letters dated March 9 and May 3, 2017 to the Office of Foreign Assets Control (OFAC), requesting the full administrative record of your client's designation and blocking pursuant to Section 805 of the Foreign Narcotics Kingpin Designation Act, 21 U.S.C. § 1904(b).

On April 12, 2017, OFAC released to you redacted pages from PITK-9310, the administrative record of the blocking of 325 Leucadendra Drive in Coral Gables, Florida. On May 22, 2017, OFAC released to you redacted pages from FNK-6137, the administrative record of the designation or blocking of your client, 13 entities, and the aircraft. At the time the administrative records were transmitted, OFAC stated that should additional unclassified, non-privileged, or otherwise releasable information become available regarding the basis for your client's designation, such information would be provided to you. Enclosed please find said information from the administrative record FNK-6137. This transmission completes OFAC's response to your request for releasable information. Should additional releasable information become available, OFAC will provide that information to you.

Please refer to case ID FNK-10281 in all correspondence. For the most expedient response, please direct all questions and correspondence to OFAC via the following email: OFAC.Reconsideration@treasury.gov. You may also write, call, or fax OFAC at the following:

U.S. Department of the Treasury
Office of Foreign Assets Control
ATTN: Office of Global Targeting
1500 Pennsylvania Avenue, N.W. (Freedman's Bank Building)
Washington, DC 20220
Telephone: 202-622-2420
Fax: 202-622-5390

Sincerely,

Mark Samara
Assistant Director
Crime/Narcotics & Western Hemisphere Division
Office of Foreign Assets Control

Enclosure

Case ID FNK-10281

**Unclassified Summary of Otherwise Privileged Information**

Venezuelan national Samark Jose Lopez Bello is the "frontman" for Tareck El Aissami.

Lopez Bello is in charge of laundering drug proceeds through Petróleos de Venezuela, S.A. (PDVSA) and organizing the air and maritime cocaine routes to transport cocaine to the Middle East and Asia. Lopez Bello was used by El Aissami to purchase news outlets in Venezuela, which were the most critical of the Chavez regime, with Venezuelan government funds in order to influence public opinion in Venezuela.

Lopez Bello is identified as the "business representative," "money manager," and "money launderer" for El Aissami.

Lopez Bello handles financial matters for El Aissami. Lopez Bello also manages Venezuelan bonds, as a private party, and conducts unspecific deals which generate significant profits. This activity is done to benefit El Aissami via Lopez Bello. Lopez Bello also has procured vehicles in the U.S. that were transported to Venezuela and ultimately went to El Aissami and other Venezuelan government officials.