UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMARK JOSE LÓPEZ BELLO,<br><br>  Plaintiff,<br>v.<br><br>BRADLEY T. SMITH, in his official capacity as Acting Director, Office of Foreign Assets Control, <u>et al.</u>,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 21-1727 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, ECF No. 10, is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** to the extent that it seeks dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6).  The motion is **DENIED** in all other respects. It is further

**ORDERED** that the Plaintiff's Cross Motion for Summary Judgment and Opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, ECF No. 12, is **DENIED AS MOOT**.  It is further

**ORDERED** that this case is **DISMISSED**.  It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 21st day of December, 2022.

REGGIE B. WALTON<br>
United States District Judge